# EXHIBIT A

# Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Cynthia Morales | |
| | Cohen Ruiz | |
| | 201 S Biscayne Blvd | |
| | Suite 850 | |
| | Miami, FL, 33131-4326 | |

| | |
|---|---|
| **Invoice #:** | FLA2001965 |
| **Invoice Date:** | 4/2/2014 |
| **Balance Due:** | $950.00 |

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual Bank v. Attorneys' Title Insurance Fund, Inc. |
| **Job #:** | 1807128 \| Job Date: 3/25/2014 \| Delivery: Immediate |
| **Billing Atty:** | Cynthia Morales |
| **Location:** | Cohen Ruiz - 201 S Biscayne Blvd |
| | 201 S Biscayne Blvd \| Suite 850 \| Miami, FL 33131-4326 |
| **Sched Atty:** | Cynthia Morales \| Cohen Ruiz |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| FDIC's Corp. Rep. - Jamie Thomas Vol 1 | Video - Initial Fee | 1 | 1.00 | $250.00 | $250.00 |
| | Video - Media/Archive | Per tape | 5.00 | $20.00 | $100.00 |
| Jamie Thomas | Video - Additional Hours | Hour | 6.00 | $80.00 | $480.00 |
| | Video - Extended Hours Surcharge | Hour | 1.00 | $120.00 | $120.00 |

| | |
|---|---|
| **Notes:** No Media ordered. | |
| **Invoice Total:** | $950.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $950.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

### To pay online, go to
### www.Veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | FLA2001965 |
| **Job #:** | 1807128 |
| **Invoice Date:** | 4/2/2014 |
| **Balance:** | $950.00 |

17181

## Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Invoice #:** | | FLA2000638 |
| **Invoice Date:** | | 3/31/2014 |
| **Balance Due:** | | $2,245.71 |

**Bill To:** Cynthia Morales
Cohen Ruiz
201 S Biscayne Blvd
Suite 850
Miami, FL, 33131-4326

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual Bank v. Attorneys' Title Insurance Fund, Inc. |
| **Job #:** | 1807128 \| Job Date: 3/25/2014 \| Delivery: Expedited |
| **Billing Atty:** | Cynthia Morales |
| **Location:** | Cohen Ruiz - 201 S Biscayne Blvd |
| | 201 S Biscayne Blvd \| Suite 850 \| Miami, FL, 33131-4326 |
| **Sched Atty:** | Cynthia Morales \| Cohen Ruiz |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| FDIC Corp Rep - Jamie Thomas - Vol 2 | Original with 1 Certified Transcript | Page | 124.00 | $5.60 | $694.40 |
| | Exhibits | Per Page | 203.00 | $0.40 | $81.20 |
| | CD Depo Litigation Package | Per CD | 1.00 | $0.00 | $0.00 |
| FDIC's Corp. Rep. - Jamie Thomas Vol 1 | Original with 1 Certified Transcript | Page | 220.00 | $5.60 | $1,232.00 |
| | Exhibits | Per Page | 177.00 | $0.40 | $70.80 |
| | CD Depo Litigation Package | Per CD | 1.00 | $0.00 | $0.00 |
| | Attendance Fee | 1 | 1.00 | $85.00 | $85.00 |
| | Shipping & Handling | Package | 1.00 | $15.00 | $15.00 |

**Notes:** Emailed 1807128-1.PDF To cm@cohenruiz.com
Emailed 1807128-3.PDF To cm@cohenruiz.com

| | |
|---|---|
| **Invoice Total:** | $2,178.40 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $67.31 |
| **Balance Due:** | $2,245.71 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 157 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | |
|---|---|---|
| | **Invoice #:** | FLA2000638 |
| **To pay online, go to** | **Job #:** | 1807128 |
| **www.Veritext.com** | | |
| Veritext accepts all major credit cards | **Invoice Date:** | 3/31/2014 |
| (American Express, Mastercard, Visa, Discover) | **Balance:** | $2,245.71 |

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

17181

## Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice #:** | FLA2009370 |
| **Invoice Date:** | 4/11/2014 |
| **Balance Due:** | $408.14 |

**Bill To:** Cynthia Morales
Cohen Ruiz
201 S Biscayne Blvd
Suite 850
Miami, FL, 33131-4326

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual Bank v. Attorneys' Title Insurance Fund, Inc. |
| **Job #:** | 1807128 \| Job Date: 3/25/2014 \| Delivery: Expedited |
| **Billing Atty:** | Cynthia Morales |
| **Location:** | Cohen Ruiz - 201 S Biscayne Blvd |
| | 201 S Biscayne Blvd \| Suite 850 \| Miami, FL 33131-4326 |
| **Sched Atty:** | Cynthia Morales \| Cohen Ruiz |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Jamie Thomas | Video - DVD Video | Per disk | 5.00 | $75.00 | $375.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $21.25 | $21.25 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $396.25 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $11.89 |
| | **Balance Due:** | $408.14 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**THIS INVOICE IS 146 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | FLA2009370 |
| **Job #:** | 1807128 |
| **Invoice Date:** | 4/11/2014 |
| **Balance:** | $408.14 |

17181



# US LEGAL SUPPORT

**U.S. Legal Support, Inc.**
One Southeast Third Avenue
Suite 1250
Miami, FL 33131
Phone: 305-373-8404  Fax: 305-358-1427

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1089287 | 03/18/2014 | Due upon receipt |
| **Job No.** | **Job Date** | **Case No.** |
| 1118560 | 03/06/2014 | 1223599 |

| Case Name |
|---|
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. |

Mario Ruiz, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami, FL 33131

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Lydecker Diaz, L.L.C.<br>1221 Brickell Avenue<br>19th Floor<br>Miami, FL 33131 | Mario Ruiz, Esquire<br>Cohen Ruiz, P.A.<br>201 South Biscayne Boulevard<br>Suite 850<br>Miami, FL 33131 | |

**Items Covered:** 1 CERTIFIED COPY OF TRANSCRIPT OF: Connie Clark, Vol. I & II

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Copy | 306.00 | Pages | 3.35 | 1,025.10 |
| Rough Draft ASCII | 241.00 | Pages | 2.00 | 482.00 |
| E-cd Litigation Package | 1.00 | | 39.00 | 39.00 |
| Condensed Transcript | 1.00 | | 19.50 | 19.50 |
| Processing/Archival/Delivery | 1.00 | | 45.00 | 45.00 |

**TOTAL DUE >>>** **$1,610.60**

| | |
|---|---|
| (-) Payments/Credits: | $0.00 |
| (+) Late Fees/Fin Chgs: | $161.06 |
| (=) New Balance: | **$1,771.66** |

**Tax ID:** 76-0523238

Phone: 305-702-3000   Fax: 3057023030

*Online bill pay available at www.uslegalsupport.com*

**Please contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.**

**Remit To:**
U.S. Legal Support, Inc.
P.O. Box 864407
Orlando, FL 32886-4407

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1092887 | 3/31/2014 | 1121236 |
| **Job Date** | **Case No.** | |
| 3/6/2014 | 1223599 | |
| **Case Name** | | |
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Aaron Wong, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL 33131

Connie Clark
    Video Format Conversion                 6.00 Hours   @   35.00     210.00
    Processing/Delivery - Video Media                 25.00       25.00

| | | |
|---|---|---|
| **TOTAL DUE  >>>** | | **$235.00** |
| AFTER 5/15/2014 PAY | | $258.50 |
| (-) Payments/Credits: | | 0.00 |
| (+) Finance Charges/Debits: | | 0.00 |
| (=) New Balance: | | **235.00** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 305-702-3000   Fax:3057023030

*Please detach bottom portion and return with payment.*

Aaron Wong, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL 33131

| | | |
|---|---|---|
| Job No. | : 1121236 | BU ID   :51-MIAMI |
| Case No. | : 1223599 | |
| Case Name | : Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | |
| Invoice No. | : 1092887 | Invoice Date :3/31/2014 |
| **Total Due** | **: $ 235.00** | |

Remit To: **U.S. Legal Support, Inc.**
         **P.O. Box 864407**
         **Orlando FL  32886-4407**

### PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:          Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1090656 | 3/26/2014 | 1118566 |

| Job Date | Case No. |
|---|---|
| 3/7/2014 | 1223599 |

| Case Name |
|---|
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Mario Ruiz, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL  33131

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Connie Clark, Esq. | 234.00 | Pages | @ | 3.35 | 783.90 |
| Rough Draft ASCII | 203.00 | Pages | @ | 2.00 | 406.00 |
| E-cd Litigation Package | | | | 39.00 | 39.00 |
| Processing/Archival/Delivery | | | | 45.00 | 45.00 |
| Connie Clark, Esq. | | | | | |
| Exhibit | 462.00 | Pages | @ | 0.60 | 277.20 |
| Exhibits - Color | | | | 1.25 | 1.25 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$1,552.35** |
| AFTER 5/10/2014 PAY | $1,707.59 |
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | 1,552.35 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 305-702-3000   Fax:3057023030

*Please detach bottom portion and return with payment.*

Mario Ruiz, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL  33131

| | | | |
|---|---|---|---|
| Job No. | : 1118566 | BU ID | :51-MIAMI |
| Case No. | : 1223599 | | |
| Case Name | : Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Invoice No. | : 1090656 | Invoice Date | :3/26/2014 |
| **Total Due** | **: $ 1,552.35** | | |

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando FL  32886-4407**

## PAYMENT WITH CREDIT CARD

AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:               Phone#:

Billing Address:

Zip:               Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1099926 | 4/24/2014 | 1117146 |
| Job Date | Case No. | |
| 4/3/2014 | 1223599 | |
| Case Name | | |
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Mario Ruiz, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL  33131

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Aubrey Rudd | 176.00 Pages | @ | 3.35 | 589.60 |
| Processing/Archival/Electronic Delivery | | | 45.00 | 45.00 |
| Aubrey Rudd | | | | |
| Exhibit | 362.00 Pages | @ | 0.60 | 217.20 |

**TOTAL DUE  >>>**                                    **$851.80**
AFTER 6/8/2014  PAY                             $936.98

(-) **Payments/Credits:**                              0.00
(+) **Finance Charges/Debits:**                     0.00
(=) **New Balance:**                             851.80

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                    Phone: 305-702-3000   Fax:3057023030

---

*Please detach bottom portion and return with payment.*

Mario Ruiz, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL  33131

Job No.      : 1117146          BU ID      :51-MIAMI
Case No.    : 1223599
Case Name  : Federal Deposit Insurance Corporation vs.
                   Attorney's Title Insurance Fund, Inc.

Invoice No. : 1099926          Invoice Date :4/24/2014
**Total Due  : $ 851.80**

**PAYMENT WITH CREDIT CARD**   

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support, Inc.**
                **P.O. Box 864407**
                **Orlando FL  32886-4407**

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1102349 | 5/1/2014 | 1117499 |

| Job Date | Case No. |
|---|---|
| 4/4/2014 | 1223599 |

| Case Name |
|---|
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Mario Ruiz, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL  33131

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Anett Lopez | | | | |
| | 188.00 Pages | @ | 3.35 | 629.80 |
| E-cd Litigation Package | | | 39.00 | 39.00 |
| Condensed Transcript | | | 19.50 | 19.50 |
| Processing/Archival/Delivery | | | 45.00 | 45.00 |
| Anett Lopez | | | | |
| Exhibit | 142.00 Pages | @ | 0.60 | 85.20 |

**TOTAL DUE  >>>**   **$818.50**
AFTER 6/15/2014  PAY   $900.35

(-) **Payments/Credits:**   0.00
(+) **Finance Charges/Debits:**   0.00
(=) **New Balance:**   **818.50**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                       Phone: 305-702-3000    Fax:3057023030

*Please detach bottom portion and return with payment.*

Mario Ruiz, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL  33131

| | | | | |
|---|---|---|---|---|
| Job No. | : 1117499 | BU ID | :51-MIAMI |
| Case No. | : 1223599 | | |
| Case Name | : Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Invoice No. | : 1102349 | Invoice Date | :5/1/2014 |
| **Total Due** | **: $ 818.50** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **U.S. Legal Support, Inc.**
           **P.O. Box 864407**
           **Orlando FL  32886-4407**

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404   Fax:305-358-3711

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1104125 | 5/8/2014 | 1124651 |
| **Job Date** | **Case No.** | |
| 3/27/2014 | 1223599 | |

| Case Name |
|---|
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. |
| **Payment Terms** |
| Due upon receipt |

Mario Ruiz, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL  33131

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Videotaped Deposition: Ryan Dosen | 254.00 Pages | @ | 3.25 | 825.50 |
| E-cd Litigation Package | | | 39.00 | 39.00 |
| Condensed Transcript | | | 19.50 | 19.50 |
| Processing/Archival/Delivery | | | 45.00 | 45.00 |
| Videotaped Deposition: Ryan Dosen | | | | |
| Exhibit | 591.00 Pages | @ | 0.60 | 354.60 |

| | |
|---|---|
| **TOTAL DUE >>>** | **$1,283.60** |
| AFTER 6/22/2014 PAY | $1,411.96 |
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **1,283.60** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 305-702-3000   Fax:3057023030

*Please detach bottom portion and return with payment.*

Mario Ruiz, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL  33131

| | | | |
|---|---|---|---|
| Job No. | : 1124651 | BU ID | :61-OUTTOWN |
| Case No. | : 1223599 | | |
| Case Name | : Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Invoice No. | : 1104125 | Invoice Date | : 5/8/2014 |
| **Total Due** | **: $ 1,283.60** | | |

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando FL  32886-4407**

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-3711

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1105624 | 5/14/2014 | 1136108 |

| Job Date | Case No. |
|---|---|
| 4/23/2014 | 1223599CIV |

| Case Name |
|---|
| Federal Deposit Insurance Corporation vs. Attorneys' Title Insurance Fund, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Aaron Wong, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL  33131

1 CERTIFIED COPY OF TRANSCRIPT OF:

|  |  |  |  |  |
|---|---|---|---|---|
| Rafael Ubieta | 93.00 Pages | @ | 3.35 | 311.55 |
| Processing/Archival/Electronic Delivery | | | 45.00 | 45.00 |
| Rafael Ubieta | | | | |
| Exhibits - Black & White - Electronic Delivery | 238.00 | @ | 0.50 | 119.00 |

**TOTAL DUE >>>**  **$475.55**

AFTER 6/28/2014 PAY  $523.11

Reference No.  : 91397587

Location:  Beaumont, TX

(-) Payments/Credits:  0.00
(+) Finance Charges/Debits:  0.00
(=) New Balance:  **475.55**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 305-702-3000   Fax:3057023030

*Please detach bottom portion and return with payment.*

Aaron Wong, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL  33131

Job No.    : 1136108        BU ID    :61-OUTTOWN
Case No.   : 1223599CIV
Case Name  : Federal Deposit Insurance Corporation vs.
             Attorneys' Title Insurance Fund, Inc.
Invoice No. : 1105624     Invoice Date :5/14/2014
**Total Due  : $ 475.55**

Remit To:  **U.S. Legal Support, Inc.**
          **P.O. Box 864407**
          **Orlando FL  32886-4407**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1093372 | 4/1/2014 | 1109520 |

| Job Date | Case No. | |
|---|---|---|
| 3/17/2014 | 1223599 | |

| Case Name | | |
|---|---|---|
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |

Mario Ruiz, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL  33131

| Payment Terms |
|---|
| Due upon receipt |

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Federal Rule of Procedure: Richard Golden, Esq. | 68.00 Pages | @ | 3.35 | | 227.80 |
| Processing/Archival/Electronic Delivery | | | 45.00 | | 45.00 |
| Richard Golden, Esq. | | | | | |
| Exhibits - Black & White - Electronic Delivery | 138.00 | @ | 0.50 | | 69.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Richard Golden, Esq. | | | | | |
| 74.00 Pages | @ | 3.35 | | | 247.90 |
| Processing/Archival/Electronic Delivery | | | 45.00 | | 45.00 |

| | |
|---|---|
| **TOTAL DUE >>>** | **$634.70** |
| AFTER 5/16/2014 PAY | $698.17 |
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **634.70** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 305-702-3000    Fax:3057023030

*Please detach bottom portion and return with payment.*

Mario Ruiz, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL  33131

Job No.    : 1109520        BU ID      : 51-MIAMI
Case No.   : 1223599
Case Name  : Federal Deposit Insurance Corporation vs.
             Attorney's Title Insurance Fund, Inc.

Invoice No. : 1093372        Invoice Date : 4/1/2014
**Total Due : $ 634.70**

Remit To: **U.S. Legal Support, Inc.**
         **P.O. Box 864407**
         **Orlando FL  32886-4407**

| PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

## Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | |
|---|---|
| **Bill To:** Cynthia Morales<br>Cohen Ruiz<br>201 S Biscayne Blvd<br>Suite 850<br>Miami, FL, 33131-4326 | **Invoice #:** FLA2040180<br>**Invoice Date:** 5/20/2014<br>**Balance Due:** $1,619.82 |

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual Bank v. Attorneys'<br>Title Insurance Fund, Inc. |
| **Job #:** | 1856551 \| Job Date: 5/9/2014 \| Delivery: Expedited |
| **Billing Atty:** | Cynthia Morales |
| **Location:** | Binert, MIller |
| | 903 Calle Amanecer \| Suite 350 \| San Clemente, CA 92673 |
| **Sched Atty:** | Cynthia Morales \| Cohen Ruiz |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Matthew Chavez | Original with 1 Certified Transcript | Page | 207.00 | $6.00 | $1,242.00 |
| | Exhibits | Per Page | 161.00 | $0.60 | $96.60 |
| | Rough Draft | Page | 207.00 | $1.50 | $310.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $0.00 | $0.00 |
| | Attendance Fee - First Hour | Hour | 2.00 | $100.00 | $200.00 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $25.00 | $25.00 |

| | |
|---|---|
| **Notes:** Held in San Clemente, California applied their rates | **Invoice Total:** $1,874.10<br>**Payment:** $0.00<br>**Credit:** ($310.50)<br>**Interest:** $56.22<br>**Balance Due:** $1,619.82 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 112 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | FLA2040180 |
| **Job #:** | 1856551 |
| **Invoice Date:** | 5/20/2014 |
| **Balance:** | $1,619.82 |

17181

# Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Mario M. Ruiz<br>Cohen Ruiz<br>201 S Biscayne Blvd<br>Suite 850<br>Miami, FL, 33131-4326 | |

| | |
|---|---|
| **Invoice #:** | FLA2068554 |
| **Invoice Date:** | 6/26/2014 |
| **Balance Due:** | $822.20 |

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual v. Attorneys' Title Insurance Fund, Inc. |
| **Job #:** | 1874625 \| Job Date: 6/10/2014 \| Delivery: Normal |
| **Billing Atty:** | Mario M. Ruiz |
| **Location:** | Cohen Ruiz - 201 S Biscayne Blvd |
| | 201 S Biscayne Blvd \| Suite 850 \| Miami, FL 33131-4326 |
| **Sched Atty:** | Mario M. Ruiz \| Cohen Ruiz |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| William Smith | Original with 1 Certified Transcript | Page | 149.00 | $4.00 | $596.00 |
| | Attendance Fee - First Hour | Hour | 2.00 | $85.00 | $170.00 |
| | Exhibits | Per Page | 78.00 | $0.40 | $31.20 |
| | CD Depo Litigation Package | Per CD | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling - Messenger Service | 1 | | $25.00 | $25.00 |

| | |
|---|---|
| **Notes:** | |
| **Invoice Total:** | $822.20 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $822.20 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

17181

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | FLA2068554 |
| **Job #:** | 1874625 |
| **Invoice Date:** | 6/26/2014 |
| **Balance:** | $822.20 |

# I N V O I C E

U.S. Legal Support, Inc.
20 North Orange Avenue
Suite 1209
Orlando FL 32801
Phone:407-649-9193   Fax:407-245-7099

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1104195 | 5/8/2014 | 1133737 |
| **Job Date** | **Case No.** | |
| 4/17/2014 | 1223599 | |

| **Case Name** |
|---|
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. |
| **Payment Terms** |
| Due upon receipt |

Mario Ruiz, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL 33131

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| William Conner | 154.00 Pages | @ | 2.85 | 438.90 |
|   E-cd Litigation Package | | | 39.00 | 39.00 |
|   Condensed Transcript | | | 19.50 | 19.50 |
|   Processing/Archival/Delivery | | | 45.00 | 45.00 |
| William Conner-E | | | | |
|   Exhibit | 229.00 Pages | @ | 0.60 | 137.40 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Mary Middleton | 70.00 Pages | @ | 2.85 | 199.50 |
|   E-cd Litigation Package | | | 39.00 | 39.00 |
|   Condensed Transcript | | | 19.50 | 19.50 |
|   Processing/Archival/Delivery | | | 45.00 | 45.00 |
| Mary Middleton-E | | | | |
|   Exhibit | 35.00 Pages | @ | 0.60 | 21.00 |

TOTAL DUE  >>>           **$1,003.80**

AFTER 6/22/2014 PAY          $1,104.18

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 305-702-3000    Fax:3057023030

*Please detach bottom portion and return with payment.*

Mario Ruiz, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL 33131

Job No.      : 1133737      BU ID       :55-ORLAN
Case No.     : 1223599
Case Name : Federal Deposit Insurance Corporation vs.
               Attorney's Title Insurance Fund, Inc.

Invoice No. : 1104195        Invoice Date : 5/8/2014
**Total Due  : $ 1,003.80**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando FL  32886-4407**

# INVOICE

U.S. Legal Support, Inc.
20 North Orange Avenue
Suite 1209
Orlando FL  32801
Phone:407-649-9193    Fax:407-245-7099

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1099585 | 4/23/2014 | 1128101 |

| Job Date | Case No. | |
|---|---|---|
| 4/10/2014 | 1223599 | |

| Case Name |
|---|
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Mario Ruiz, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL  33131

1 CERTIFIED COPY OF TRANSCRIPT OF:

Margaret Williams

|  |  |  |  |  |
|---|---|---|---|---|
| | 285.00 Pages | @ | 2.85 | 812.25 |
| E-cd Litigation Package | | | 39.00 | 39.00 |
| Condensed Transcript | | | 19.50 | 19.50 |
| Processing/Archival/Delivery | | | 45.00 | 45.00 |

Margaret Williams

| | | | | |
|---|---|---|---|---|
| Exhibit | 67.00 Pages | @ | 0.60 | 40.20 |

|  |  |
|---|---|
| TOTAL DUE  >>> | $955.95 |
| AFTER 6/7/2014  PAY | $1,051.55 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 955.95 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 305-702-3000    Fax:3057023030

*Please detach bottom portion and return with payment.*

Mario Ruiz, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL  33131

Job No.     : 1128101          BU ID        :55-ORLAN
Case No.    : 1223599
Case Name  : Federal Deposit Insurance Corporation vs.
             Attorney's Title Insurance Fund, Inc.

Invoice No. : 1099585          Invoice Date  :4/23/2014
**Total Due  : $ 955.95**

Remit To:  **U.S. Legal Support, Inc.**
           **P.O. Box 864407**
           **Orlando FL  32886-4407**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404    Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1103519 | 5/7/2014 | 1136699 |

| Job Date | Case No. |
|---|---|
| 4/21/2014 | 1223599CIVSEITZ/SIMONTON |

| Case Name |
|---|
| Federal Deposit Insurance Corporation vs. Attorneys' Title Fund Services, L.L.C. |

| Payment Terms |
|---|
| Due upon receipt |

R. Edson Briggs, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL  33131

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Erik Wesoloski | 125.00 Pages | @ | 3.35 | 418.75 |
|     E-cd Litigation Package | | | 39.00 | 39.00 |
|     Condensed Transcript | | | 19.50 | 19.50 |
|     Processing/Archival/Delivery | | | 45.00 | 45.00 |
| Erik Wesoloski | | | | |
|     Exhibit | 384.00 Pages | @ | 0.60 | 230.40 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$752.65** |
| AFTER 6/21/2014  PAY | $827.92 |
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **752.65** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 305-702-3000    Fax:3057023030

*Please detach bottom portion and return with payment.*

R. Edson Briggs, Esquire
Cohen Ruiz, P.A.
201 South Biscayne Boulevard
Suite 850
Miami FL  33131

| | | |
|---|---|---|
| Job No. | : 1136699 | BU ID    :51-MIAMI |
| Case No. | : 1223599CIVSEITZ/SIMONTON | |
| Case Name | : Federal Deposit Insurance Corporation vs. Attorneys' Title Fund Services, L.L.C. | |
| Invoice No. | : 1103519 | Invoice Date  :5/7/2014 |
| **Total Due** | **: $ 752.65** | |

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando FL   32886-4407**

# Veritext
# Western Regional Headquarters

**VERITEXT**
LEGAL SOLUTIONS

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Cynthia Morales<br>Cohen Ruiz<br>201 S Biscayne Blvd<br>Suite 850<br>Miami, FL, 33131-4326 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CA2048850<br>5/31/2014<br>$1,271.00 |

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual Bank v. Attorneys' Title Insurance Fund |
| **Job #:** | 1865557 \| Job Date: 5/20/2014 \| Delivery: Normal |
| **Billing Atty:** | Cynthia Morales |
| **Location:** | Veritext - Miami |
| | One Biscayne Tower \| 2 S. Biscayne Blvd - Suite 2250 \| Miami, FL 33130 |
| **Sched Atty:** | Michael R. Williams Esq \| Bienert Miller & Katzman |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 346.00 | $3.50 | $1,211.00 |
| Cristian M. Vlad | CD Depo Litigation Package | Per CD | 1.00 | $45.00 | $45.00 |
| | Production & Processing | 1 | 1.00 | $50.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,341.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | ($70.00) |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,271.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA2048850 |
| **Job #:** | 1865557 |
| **Invoice Date:** | 5/31/2014 |
| **Balance:** | $1,271.00 |

17181

# Veritext
## Western Regional Headquarters



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Mario M. Ruiz<br>Cohen Ruiz<br>201 S Biscayne Blvd<br>Suite 850<br>Miami, FL, 33131-4326 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CA2058527<br>6/13/2014<br>$0.00 |

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual Bank v. Attorneys' Title Insurance Fund |
| **Job #:** | 1865559 \| Job Date: 5/22/2014 \| Delivery: Normal |
| **Billing Atty:** | Mario M. Ruiz |
| **Location:** | Veritext - Miami |
| | One Biscayne Tower \| 2 S. Biscayne Blvd - Suite 2250 \| Miami, FL 33130 |
| **Sched Atty:** | Michael R. Williams Esq \| Bienert Miller & Katzman |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 369.00 | $3.50 | $1,291.50 |
| Rebecca B. Walzak | CD Depo Litigation Package | Per CD | 1.00 | $45.00 | $45.00 |
| | Production & Processing | 1 | 1.00 | $50.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,421.50 |
| | **Payment:** | ($1,351.50) |
| | **Credit:** | ($70.00) |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA2058527 |
| **Job #:** | 1865559 |
| **Invoice Date:** | 6/13/2014 |
| **Balance:** | $0.00 |

17181

# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



**Bill To:** Cynthia Morales
Cohen Ruiz
201 S Biscayne Blvd
Suite 850
Miami, FL, 33131-4326

| | |
|---|---|
| **Invoice #:** | CA2081956 |
| **Invoice Date:** | 7/15/2014 |
| **Balance Due:** | $641.00 |

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual Bank v. Attorneys' Title Insurance Fund |
| **Job #:** | 1882232 \| Job Date: 6/20/2014 \| Delivery: Normal |
| **Billing Atty:** | Cynthia Morales |
| **Location:** | Veritext - Miami |
| | One Biscayne Tower \| 2 S. Biscayne Blvd - Suite 2250 \| Miami, FL 33130 |
| **Sched Atty:** | Michael R. Williams Esq \| Bienert Miller & Katzman |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Rebecca Walzak (Vol. 2) | Certified Transcript | Page | 166.00 | $3.50 | $581.00 |
| | Production & Processing | 1 | 1.00 | $25.00 | $25.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $641.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $641.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA2081956 |
| **Job #:** | 1882232 |
| **Invoice Date:** | 7/15/2014 |
| **Balance:** | $641.00 |

## Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| Bill To: | Mario M. Ruiz | | |
|---|---|---|---|
| | Cohen Ruiz | **Invoice #:** | FLA2053094 |
| | 201 S Biscayne Blvd | **Invoice Date:** | 6/5/2014 |
| | Suite 850 | **Balance Due:** | $1,555.10 |
| | Miami, FL, 33131-4326 | | |

| | |
|---|---|
| **Case:** | FDIC v. Attorneys' Title Insurance Fund, Inc. |
| **Job #:** | 1865413 \| Job Date: 5/23/2014 \| Delivery: Normal |
| **Billing Atty:** | Mario M. Ruiz |
| **Location:** | Cohen Ruiz - 201 S Biscayne Blvd |
| | 201 S Biscayne Blvd \| Suite 850 \| Miami, FL 33131-4326 |
| **Sched Atty:** | Cynthia Morales \| Cohen Ruiz |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 255.00 | $4.00 | $1,020.00 |
| | Attendance Fee | 1 | 1.00 | $85.00 | $85.00 |
| Richard Harris | Exhibits | Per Page | 144.00 | $0.40 | $57.60 |
| | Rough Draft | Page | 255.00 | $1.50 | $382.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $15.00 | $15.00 |

| Notes: | (9:42-4:43) | | |
|---|---|---|---|
| | Emailed 1865413-1.PDF To mmr@cohenruiz.com | **Invoice Total:** | $1,560.10 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | ($5.00) |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $1,555.10 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | FLA2053094 |
| **Job #:** | 1865413 |
| **Invoice Date:** | 6/5/2014 |
| **Balance:** | $1,555.10 |

17181