# EXHIBIT 2

33680



U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami, FL 33131
Phone: 305-373-8404 Fax: 305-358-1427

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1003627 | 04/02/2014 | Due upon receipt |

| Job Number | Job Date | Case No. |
|---|---|---|
| 1124634 | 03/19/2014 | 1281172CIVZLOCH |

**Case Name**

Federal Deposit Insurance Corporation vs. Old Republic National
Title Insurance

Onier Llopiz, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami, FL 33131

| Job Location | Ordered By | Reference Info |
|---|---|---|
| *U.S. Legal Support - Miami<br>One Southeast Third Avenue<br>Suite 1250<br>Miami, FL 33131 | Onier Llopiz, Esquire<br>Lydecker Diaz, L.L.C.<br>1221 Brickell Avenue<br>19th Floor<br>Miami, FL 33131 | Client Matter Number: 33766 |

Items Covered: Deposition Of: Rebecca Walzak

| Services/Items | Units | Type | Rate | Charge |
|---|---|---|---|---|
| Attendance - First Hour | 1.00 | Hours | 95.00 | 95.00 |
| Additional Hour(s) | 7.00 | | 75.00 | 525.00 |
| Attendance - Starting 6:00 p.m. or after (Additional Hours) | 1.00 | | 85.00 | 85.00 |

AM & PM 7:10:00 7:00                    ETC.C.C.

TOTAL DUE >>>                $705.00

(-) Payments/Credits:          $0.00
(+) Late Fees/Fin Chgs:        $0.00
(=) New Balance:             $705.00

Tax ID: 76-0523238

Online bill pay available at www.uslegalsupport.com

Phone: 305-416-3180    Fax: 305-416-3190

Please contact us immediately with questions or corrections regarding billing or payment. No adjustments or
refunds will be made after 120 days from date of payment.

Remit To:
U.S. Legal Support, Inc.
P.O. Box 864407
Orlando, FL 32896-4407

33680

# U.S. LEGAL SUPPORT

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami, FL 33131
Phone: 305-373-8404  Fax: 305-358-1427

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1094448 | 04/04/2014 | Due upon receipt |

| Job No. | Job Date | Job Name |
|---|---|---|
| 1126121 | 03/19/2014 | 1281172CIVZLOCH |

Onier Llopiz, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami, FL 33131

Federal Deposit Insurance Corporation vs. Old Republic National Title Insurance

| Bill To/Location | Ordered By | Reference No. |
|---|---|---|
| *U.S. Legal Support - Miami<br>One Southeast Third Avenue<br>Suite 1250<br>Miami, FL 33131 | Onier Llopiz, Esquire<br>Lydecker Diaz, L.L.C.<br>1221 Brickell Avenue<br>19th Floor<br>Miami, FL 33131 | Client Matter Number: 33758 |

Items Covered: Videotaped Deposition Of: Rebecca Walzak

| Services/Items | Units | Types | Rate | Charges |
|---|---|---|---|---|
| 1.Videography Services | 1.00 | Hours | 225.00 | 225.00 |
| Videography Services - Additional Hour(s) | 6.50 | Hours | 95.00 | 617.50 |
| Videography Services - Starting 5:30 p.m. (Additional hours) | 1.50 | Hours | 140.00 | 210.00 |
| Media Archival | 3.00 | Tapes | 20.00 | 60.00 |

TOTAL DUE >>>   $1,112.50

| | |
|---|---|
| (-) Payments/Credits: | $0.00 |
| (+) Late Fees/Fin Chgs: | $0.00 |
| (=) New Balance: | $1,112.50 |

Tax ID: 76-0623238

Phone: 305-416-3180   Fax: 305-416-3190

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

Remit To:
U.S. Legal Support, Inc.
P.O. Box 864407
Orlando, FL 32886-4407

Page 1 of 1

# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



**Bill To:** Michael R. Williams Esq
Bienert Miller & Katzman
903 Calle Amanecer
Suite 350
San Clemente, CA, 92673-6253

| | |
|---|---|
| **Invoice #:** | CA2081955 |
| **Invoice Date:** | 7/15/2014 |
| **Balance Due:** | $1,532.49 |

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual Bank v. Attorneys' Title Insurance Fund |
| **Job #:** | 1882232 \| Job Date: 6/20/2014 \| Delivery: Normal |
| **Billing Atty:** | Michael R. Williams Esq |
| **Location:** | Veritext - Miami |
| | One Biscayne Tower \| 2 S. Biscayne Blvd - Suite 2250 \| Miami, FL 33130 |
| **Sched Atty:** | Michael R. Williams Esq \| Bienert Miller & Katzman |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 166.00 | $4.95 | $821.70 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 | $95.00 |
| | Attendance Fee - Additional Hours | Hour | 3.00 | $50.00 | $150.00 |
| Rebecca Walzak (Vol. 2) | Rough Draft | Page | 166.00 | $1.75 | $290.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $45.00 | $45.00 |
| | Production & Processing | 1 | 1.00 | $50.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 | $35.00 |

| Notes: | | | | | |
|---|---|---|---|---|---|
| | | | | **Invoice Total:** | $1,487.20 |
| | | | | **Payment:** | $0.00 |
| | | | | **Credit:** | $0.00 |
| | | | | **Interest:** | $45.29 |
| | | | | **Balance Due:** | $1,532.49 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 84 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to
www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA2081955 |
| **Job #:** | 1882232 |
| **Invoice Date:** | 7/15/2014 |
| **Balance:** | $1,532.49 |

39315

# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

| | |
|---|---|
| **Bill To:** Michael R. Williams Esq<br>Bienert Miller & Katzman<br>903 Calle Amanecer<br>Suite 350<br>San Clemente, CA, 92673-6253 | **Invoice #:** CA2058528<br>**Invoice Date:** 6/13/2014<br>**Balance Due:** $3,212.63 |

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual Bank v. Attorneys' Title Insurance Fund |
| **Job #:** | 1865559 \| Job Date: 5/22/2014 \| Delivery: Normal |
| **Billing Atty:** | Michael R. Williams Esq |
| **Location:** | Veritext - Miami |
| | One Biscayne Tower \| 2 S. Biscayne Blvd - Suite 2250 \| Miami, FL 33130 |
| **Sched Atty:** | Michael R. Williams Esq \| Bienert Miller & Katzman |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Rebecca B. Walzak | Original with 1 Certified Transcript | Page | 369.00 | $4.95 | $1,826.55 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 | $95.00 |
| | Attendance Fee - Additional Hours | Hour | 7.50 | $50.00 | $375.00 |
| | Rough Draft | Page | 369.00 | $1.75 | $645.75 |
| | CD Depo Litigation Package | Per CD | 1.00 | $45.00 | $45.00 |
| | Production & Processing | 1 | 1.00 | $50.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $3,072.30 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $140.33 |
| | **Balance Due:** | $3,212.63 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 116 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA2058528 |
| **Job #:** | 1865559 |
| **Invoice Date:** | 6/13/2014 |
| **Balance:** | $3,212.63 |

39315

# VERITEXT
## LEGAL SOLUTIONS

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**Bill To:** Michael R. Williams Esq
Bienert Miller & Katzman
903 Calle Amanecer
Suite 350
San Clemente, CA, 92673-6253

| | |
|---|---|
| **Invoice #:** | CA2060687 |
| **Invoice Date:** | 6/17/2014 |
| **Balance Due:** | $1,776.18 |

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual Bank v. Attorneys' Title Insurance Fund |
| **Job #:** | 1865559 \| Job Date: 5/22/2014 \| Delivery: Normal |
| **Billing Atty:** | Michael R. Williams Esq |
| **Location:** | Veritext - Miami |
| | One Biscayne Tower \| 2 S. Biscayne Blvd - Suite 2250 \| Miami, FL 33130 |
| **Sched Atty:** | Michael R. Williams Esq \| Bienert Miller & Katzman |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Rebecca B. Walzak | Video - Services | | 9.50 | $175.00 | $1,662.50 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,697.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $78.68 |
| | **Balance Due:** | $1,776.18 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 112 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA2060687 |
| **Job #:** | 1865559 |
| **Invoice Date:** | 6/17/2014 |
| **Balance:** | $1,776.18 |

39315

## Veritext
## Western Regional Headquarters



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**Bill To:** Michael R. Williams Esq
Bienert Miller & Katzman
903 Calle Amanecer
Suite 350
San Clemente, CA, 92673-6253

| | |
|---|---|
| **Invoice #:** | CA2082584 |
| **Invoice Date:** | 7/18/2014 |
| **Balance Due:** | $2,120.15 |

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual Bank v. Attorneys' Title Insurance Fund |
| **Job #:** | 1882232 \| Job Date: 6/20/2014 \| Delivery: Normal |
| **Billing Atty:** | Michael R. Williams Esq |
| **Location:** | Veritext - Miami |
| | One Biscayne Tower \| 2 S. Biscayne Blvd - Suite 2250 \| Miami, FL 33130 |
| **Sched Atty:** | Michael R. Williams Esq \| Bienert Miller & Katzman |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Video - Extended Hours Surcharge | Hour | 0.25 | $95.00 | $23.75 |
| Rebecca Walzak (Vol. 2) | Video - Services | | 10.25 | $195.00 | $1,998.75 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,057.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $62.65 |
| | **Balance Due:** | $2,120.15 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**THIS INVOICE IS 81 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to
www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CA2082584 |
| **Job #:** | 1882232 |
| **Invoice Date:** | 7/18/2014 |
| **Balance:** | $2,120.15 |

39315

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1090655 | 3/26/2014 | 1118566 |
| **Job Date** | **Case No.** | |
| 3/7/2014 | 1223599 | |
| **Case Name** | | |
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael Williams, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA 92673

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Connie Clark, Esq. | 234.00 Pages | @ | 4.45 | 1,041.30 |
| Rough Draft ASCII | 203.00 Pages | @ | 2.00 | 406.00 |
| Processing/Archival/Delivery | | | 45.00 | 45.00 |
| Connie Clark, Esq. | | | | |
| Exhibit | 462.00 Pages | @ | 0.60 | 277.20 |
| Exhibits - Color | | | 1.25 | 1.25 |

| | |
|---|---|
| **TOTAL DUE >>>** | **$1,770.75** |
| AFTER 5/10/2014 PAY | $1,947.83 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,770.75 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 949-226-6776  Fax:949-369-3701

*Please detach bottom portion and return with payment.*

Michael Williams, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA 92673

| | | | |
|---|---|---|---|
| Job No. | : 1118566 | BU ID | :51-MIAMI |
| Case No. | : 1223599 | | |
| Case Name | : Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Invoice No. | : 1090655 | Invoice Date | :3/26/2014 |
| **Total Due** | **: $ 1,770.75** | | |

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando FL 32886-4407**

PAYMENT WITH CREDIT CARD    AMEX    VISA

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1089286 | 3/18/2014 | 1118560 |
| **Job Date** | **Case No.** | |
| 3/6/2014 | 1223599 | |
| **Case Name** | | |

Federal Deposit Insurance Corporation vs. Attorney's Title
Insurance Fund, Inc.

**Payment Terms**

Due upon receipt

Michael Williams, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA  92673

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Connie Clark, Vol. I & II | 306.00 | Pages | @ | 4.45 | 1,361.70 |
| 7-Day Expedited Transcript | | | | | 544.68 |
| Rough Draft ASCII | 241.00 | Pages | @ | 2.00 | 482.00 |
| E-cd Litigation Package | | | | 39.00 | 39.00 |
| Condensed Transcript | | | | 19.50 | 19.50 |
| Expedited Processing/Archival/Delivery | | | | 45.00 | 45.00 |

| | |
|---|---|
| TOTAL DUE >>> | $2,491.88 |
| AFTER 5/2/2014 PAY | $2,741.07 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 2,491.88 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 949-226-6776    Fax:949-369-3701

*Please detach bottom portion and return with payment.*

Michael Williams, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA  92673

| | | | |
|---|---|---|---|
| Job No. | : 1118560 | BU ID | :51-MIAMI |
| Case No. | : 1223599 | | |
| Case Name | : Federal Deposit Insurance Corporation vs. | | |
| | Attorney's Title Insurance Fund, Inc. | | |
| Invoice No. | : 1089286 | Invoice Date | :3/18/2014 |
| **Total Due** | **: $ 2,491.88** | | |

**PAYMENT WITH CREDIT CARD**    AMEX    [  ]    VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: U.S. Legal Support, Inc.
P.O. Box 864407
Orlando FL   32886-4407

33680

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404 Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1090654 | 3/26/2014 | 1118566 |
| Job Date | Case No. | |
| 3/7/2014 | 1223599 | |
| Case Name | | |
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL 33131

Deposition Of:
Attorneys Title Insurance Fund, Inc. [Connie Clark, Esq.]

| | | | | |
|---|---|---|---|---|
| Attendance - First Hour | | | 95.00 | 95.00 |
| Additional Hour(s) | 6.00 | @ 75.00 | | 450.00 |
| | | TOTAL DUE >>> | | $545.00 |

Reference No. : 33680

AM & PM / 9:00-4:00

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 545.00 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238

Phone: 305-416-3180  Fax:305-416-3190

*Please detach bottom portion and return with payment.*

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL 33131

| | | | | |
|---|---|---|---|---|
| Job No. | : 1118566 | BU ID | : S1-MIAMI |
| Case No. | : 1223599 | | |
| Case Name | : Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Invoice No. | : 1090654 | Invoice Date | : 3/26/2014 |
| Total Due | : $545.00 | | |

Remit To: U.S. Legal Support, Inc.
P.O. Box 864407
Orlando FL 32886-4407

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1087223 | 3/12/2014 | 1121846 |
| Job Date | Case No. | |
| 3/7/2014 | 1223599 | |
| Case Name | | |
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Michael Williams, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA 92673

Videotaped Deposition Of:
  Connie Clark

| | | | | |
|---|---|---|---|---|
| Video Format Conversion | 6.00 Hours | @ | 35.00 | 210.00 |
| Processing/Delivery - Video Media | | | 25.00 | 25.00 |

TOTAL DUE >>>                     $235.00
AFTER 4/26/2014 PAY               $258.50

(-) Payments/Credits:              0.00
(+) Finance Charges/Debits:        0.00
(=) New Balance:                 235.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 949-226-6776   Fax:949-369-3701

*Please detach bottom portion and return with payment.*

Michael Williams, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA 92673

Job No.   : 1121846      BU ID    : 51-MIAMI
Case No.  : 1223599
Case Name : Federal Deposit Insurance Corporation vs.
            Attorney's Title Insurance Fund, Inc.

Invoice No. : 1087223      Invoice Date : 3/12/2014
Total Due : $ 235.00

Remit To: U.S. Legal Support, Inc.
          P.O. Box 864407
          Orlando FL  32886-4407

PAYMENT WITH CREDIT CARD        AMEX  [ ]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

B3b80

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1087222 | 3/12/2014 | 1121846 |
| Job Date | Case No. | |
| 3/7/2014 | 1223599 | |
| Case Name | | |
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL 33131

Videotaped Deposition Of:
    Connie Clark

| | | | | |
|---|---|---|---|---|
| 1. Videography Services | | | 225.00 | 225.00 |
| Videography Services - Additional Hour(s) | 6.50 Hours | @ | 95.00 | 617.50 |
| Media Archival | 3.00 Tapes | @ | 20.00 | 60.00 |

TOTAL DUE >>>    $902.50

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    902.50

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                    Phone: 305-416-3180  Fax:305-416-3190

*Please detach bottom portion and return with payment.*

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL 33131

| | | |
|---|---|---|
| Job No. | : 1121846 | BU ID    :51-MIAMI |
| Case No. | : 1223599 | |
| Case Name | : Federal Deposit Insurance Corporation vs. | |
| | Attorney's Title Insurance Fund, Inc. | |
| Invoice No. | : 1087222 | Invoice Date  :3/12/2014 |
| Total Due | : $902.50 | |

Remit To:  U.S. Legal Support, Inc.
          P.O. Box 864407
          Orlando FL  32886-4407

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

32080



# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami, FL 33131
Phone: 305-373-8404  Fax: 305-358-1427

Joan Wizel, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami, FL 33131

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1089286 | 03/10/2014 | Due upon receipt |

| Job No. | Job Date | Job No. |
|---|---|---|
| 1118560 | 03/06/2014 | 1223599 |

| Case Name |
|---|
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. |

| Ship To/Job Location | Ordered By | Reference Info |
|---|---|---|
| Lydecker Diaz, LL.C. 1221 Brickell Avenue 19th Floor Miami, FL 33131 | Joan Wizel, Esquire Lydecker Diaz, L.L.C. 1221 Brickell Avenue 19th Floor Miami, FL 33131 | Client Matter Number: 33660 |

Items Covered: Non-Transcribed Deposition Of: Connie Clark

| Service Description | Units | Type | Rate | Charge |
|---|---|---|---|---|
| Attendance - First Hour | 1.00 | Hours | 95.00 | 95.00 |
| Additional Hour(s) | 8.00 | | 75.00 | 600.00 |

AM & PM / 9:00-6:00

TOTAL DUE >>>  $695.00

(-) Payments/Credits: $0.00
(+) Late Fees/Fin Chgs: $0.00
(=) New Balance: $695.00

Tax ID: 76-0523238

Phone: 305-416-3180  Fax: 305-416-3190

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

Remit To:
U.S. Legal Support, Inc.
P.O. Box 864407
Orlando, FL 32886-4407

Page 1 of 1

33080



U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami, FL 33131
Phone: 305-373-8404 Fax: 305-358-1427

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1092863 | 03/31/2014 | Due upon receipt |

| Job No. | Job Date | Case No. |
|---|---|---|
| 1121230 | 03/06/2014 | 1223599 |

| Case Name |
|---|
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. |

Joan Wizel, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami, FL 33131

| Bill To: | Job Location: | Ordered By: | Reference Info.: |
|---|---|---|---|
| Lydecker Diaz, L.L.C.<br>1221 Brickell Avenue<br>19th Floor<br>Miami, FL 33131 | | Joan Wizel, Esquire<br>Lydecker Diaz, L.L.C.<br>1221 Brickell Avenue<br>19th Floor<br>Miami, FL 33131 | Client Matter Number: 33080 |

Items Covered: Connie Clark

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1.Videography Services | 1.00 | Hours | 225.00 | 225.00 |
| Videography Services - Additional Hour(s) | 7.50 | Hours | 95.00 | 712.50 |
| Media Archival | 3.00 | Tapes | 20.00 | 60.00 |
| Video Format Conversion | 6.00 | Hours | 35.00 | 210.00 |
| Processing/Delivery - Video Media | 1.00 | Hours | 25.00 | 25.00 |

TOTAL DUE >>>     $1,232.50

(-) Payments/Credits:     $0.00
(+) Late Fees/Fin Chgs:     $0.00
(=) New Balance:     $1,232.50

Tax ID: 76-0523238        Phone: 305-416-3190    Fax: 305-416-3190

*Online bill pay available at www.uslegalsupport.com*

Please contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

Remit To:
U.S. Legal Support, Inc.
P.O. Box 864407
Orlando, FL 32886-4407

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL  33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1093371 | 4/1/2014 | 1109520 |
| Job Date | Case No. | |
| 3/17/2014 | 1223599 | |
| Case Name | | |
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Michael Williams, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA  92673

| | | | | |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | |
| Federal Rule of Procedure: Richard Golden, Esq. | 68.00 Pages | @ | 4.45 | 302.60 |
| Processing/Archival/Electronic Delivery | | | 45.00 | 45.00 |
| Richard Golden, Esq. | | | | |
| Exhibits – Black & White - Electronic Delivery | 138.00 | @ | 0.50 | 69.00 |
| ORIGINAL TRANSCRIPT OF: | | | | |
| Richard Golden, Esq. | 74.00 Pages | @ | 4.45 | 329.30 |
| Processing/Archival/Electronic Delivery | | | 45.00 | 45.00 |

TOTAL DUE >>>                   $790.90
AFTER 5/16/2014 PAY             $869.99

(-) Payments/Credits:              790.90
(+) Finance Charges/Debits:          0.00
(=) New Balance:                     0.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238                                          Phone: 949-226-6776   Fax:949-369-3701

*Please detach bottom portion and return with payment.*

Michael Williams, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA  92673

| | | |
|---|---|---|
| Job No. | : 1109520 | BU ID        : 51-MIAMI |
| Case No. | : 1223599 | |
| Case Name | : Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | |
| Invoice No. | : 1093371 | Invoice Date : 4/1/2014 |
| Total Due | : $0.00 | |

Remit To:   U.S. Legal Support, Inc.
P.O. Box 864407
Orlando FL  32886-4407

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

32680

# U.S. LEGAL SUPPORT

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami, FL 33131
Phone: 305-373-8404  Fax: 305-358-1427

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1092724 | 03/31/2014 | Due upon receipt |
| Job No | Job Date | Client No. |
| 1109521 | 03/17/2014 | 1223599 |
| Case Name |
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. |

Joan Wizel, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami, FL 33131

| Location | Ordered By | Reference Info |
|---|---|---|
| *U.S. Legal Support - Miami<br>One Southeast Third Avenue<br>Suite 1250<br>Miami, FL 33131 | Joan Wizel, Esquire<br>Lydecker Diaz, L.L.C.<br>1221 Brickell Avenue<br>19th Floor<br>Miami, FL 33131 | Client Matter Number: 33680 |

Items Covered: Videotaped Deposition Of: Richard Golden, Esq.

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1.Videography Services | 1.00 | Hours | 226.00 | 226.00 |
| Videography Services - Additional Hour(s) | 4.00 | Hours | 95.00 | 380.00 |
| Media Archival | 3.00 | Tapes | 20.00 | 60.00 |
| Video Format Conversion | 4.00 | Hours | 35.00 | 140.00 |
| Processing/Delivery - Video Media | 1.00 | Each | 25.00 | 25.00 |

TOTAL DUE >>>                                    $930.00

(-) Payments/Credits:            $0.00
(+) Late Fees/Fin Chgs:          $0.00
(=) New Balance:              $930.00

Tax ID: 76-0523238

Phone: 305-416-3180     Fax: 305-416-3190

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

Remit To:
U.S. Legal Support, Inc.
P.O. Box 864407
Orlando, FL 32886-4407

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1090972 | 3/26/2014 | 1109526 |
| Job Date | Case No. | |
| 3/20/2014 | 1223599 | |
| Case Name | | |
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL 33131

Videotaped Deposition Of:

Michael Rose, Esq.

| | | | | |
|---|---|---|---|---|
| 1.Videography Services | | | 225.00 | 225.00 |
| Videography Services - Additional Hour(s) | 6.50 Hours | @ | 95.00 | 617.50 |
| Media Archive! | 2.00 Tapes | @ | 20.00 | 40.00 |
| TOTAL DUE >>> | | | | $882.50 |

Reference No.    :  33680

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 882.50 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 170 days from date of payment.

Tax ID: 76-0523238                                    Phone: 305-416-3180   Fax:305-416-3190

*Please detach bottom portion and return with payment.*

| | | |
|---|---|---|
| Job No. | : 1109526 | BU ID      : SI-MIAMI |
| Case No. | : 1223599 | |
| Case Name | : Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | |
| Invoice No. | : 1090972 | Invoice Date   : 3/26/2014 |
| Total Due | : $882.50 | |

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL 33131

Remit To:  U.S. Legal Support, Inc.
           P.O. Box 864407
           Orlando FL  32886-4407

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

33680



U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami, FL 33131
Phone: 305-373-8404 Fax: 305-358-1427

# INVOICE

| Order No. | Invoice No. | Payment Terms |
|---|---|---|
| 1092978 | 03/31/2014 | Due upon receipt |

| Job No. | Job Date | Case No. |
|---|---|---|
| 1109525 | 03/20/2014 | 1223599 |

Joan Wizel, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami, FL 33131

| Case Name |
|---|
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. |

| Billed Work Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support - Miami One Southeast Third Avenue Suite 1250 Miami, FL 33131 | Joan Wizel, Esquire Lydecker Diaz, L.L.C. 1221 Brickell Avenue 19th Floor Miami, FL 33131 | Client Matter Number: 33680 |

Items Covered: ORIGINAL TRANSCRIPT OF: Michael Rose, Esq.

| Description | Units | Type | Rate | Charge |
|---|---|---|---|---|
| Original | 230.00 | Pages | 4.35 | 1,000.50 |
| Attendance - First Hour | 1.00 | Hours | 65.00 | 65.00 |
| Additional Hour(s) | 6.00 | | 65.00 | 390.00 |
| Processing/Archival/Delivery | 1.00 | | 45.00 | 45.00 |
| Exhibits | 200.00 | Pages | 0.60 | 120.00 |
| Exhibits - Color | 1.00 | Pages | 1.25 | 1.25 |

AM & PM / 9:00-4:00

TOTAL DUE >>>    $1,641.75

(-) Payments/Credits:    $0.00
(+) Late Fees/Fin Chgs:    $0.00
(=) New Balance:    $1,641.75

Tax ID: 76-0523238

Online bill pay available at www.uslegalsupport.com

Phone: 305-416-3180    Fax: 305-416-3190

Please contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

Remit To:
U.S. Legal Support, Inc.
P.O. Box 864407
Orlando, FL 32866-4407

Page 1 of 1

# Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Michael R. Williams Esq | |
| | Bienert Miller & Katzman | |
| | 903 Calle Amanecer | |
| | Suite 350 | |
| | San Clemente, CA, 92673-6253 | |

| | |
|---|---|
| Invoice #: | FLA2000475 |
| Invoice Date: | 3/31/2014 |
| Balance Due: | $1,591.48 |

| | |
|---|---|
| Case: | FDIC, As Receiver For Washington Mutual Bank v. Attorneys' Title Insurance Fund, Inc. |
| Job #: | 1807128 | Job Date: 3/25/2014 | Delivery: Normal |
| Billing Atty: | Michael R. Williams Esq |
| Location: | Cohen Ruiz - 201 S Biscayne Blvd |
| | 201 S Biscayne Blvd | Suite 850 | Miami, FL 33131-4326 |
| Sched Atty: | Cynthia Morales | Cohen Ruiz |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| FDIC Corp Rep - Jamie Thomas - Vol 2 | Certified Transcript | Page | 124.00 | $3.30 | $409.20 |
| | Exhibits | Per Page | 203.00 | $0.85 | $172.55 |
| | CD Depo Litigation Package | Per CD | 1.00 | $43.50 | $43.50 |
| FDIC's Corp. Rep. - Jamie Thomas Vol 1 | Certified Transcript | Page | 220.00 | $3.30 | $726.00 |
| | Exhibits | Per Page | 177.00 | $0.85 | $150.45 |
| | CD Depo Litigation Package | Per CD | 1.00 | $43.50 | $43.50 |
| | Shipping & Handling | Package | 1.00 | $46.28 | $46.28 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $1,591.48 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,591.48 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | FLA2000475 |
| Job #: | 1807128 |
| Invoice Date: | 3/31/2014 |
| Balance: | $1,591.48 |

39315

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404   Fax:305-358-3711

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1101052 | 4/28/2014 | 1124651 |
| Job Date | Case No. | |
| 3/27/2014 | 1223599 | |
| Case Name | | |
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Steven Katzman, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA 92673

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Videotaped Deposition: Ryan Dosen | 254.00 Pages | @ | 3.50 | 889.00 |
| E-cd Litigation Package | | | 39.00 | 39.00 |
| Condensed Transcript | | | 19.50 | 19.50 |
| Processing/Archival/Delivery | | | 45.00 | 45.00 |
| Videotaped Deposition: Ryan Dosen | | | | |
| Exhibit | 591.00 Pages | @ | 0.60 | 354.60 |
| | TOTAL DUE >>> | | | $1,347.10 |
| | AFTER 6/12/2014 PAY | | | $1,481.81 |

Reference No. : 219909

Location: Philadelphia, PA

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,347.10 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 949-226-6776   Fax:949-369-3701

*Please detach bottom portion and return with payment.*

Steven Katzman, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA 92673

Job No.      : 1124651      BU ID      :61-OUTTOWN
Case No.    : 1223599
Case Name : Federal Deposit Insurance Corporation vs.
              Attorney's Title Insurance Fund, Inc.
Invoice No. : 1101052      Invoice Date :4/28/2014
Total Due  : $ 1,347.10

Remit To: U.S. Legal Support, Inc.
          P.O. Box 864407
          Orlando FL 32886-4407

PAYMENT WITH CREDIT CARD        AMEX   VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# US LEGAL SUPPORT

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami, FL 33131
Phone: 305-373-8404  Fax: 305-366-3711

Joan Wizel, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami, FL 33131

# INVOICE

| Invoice No. | Invoice Date | Terms |
|---|---|---|
| 1101063 | 3/28/2014 | Due upon receipt |

| | | |
|---|---|---|
| 1124661 | 03/27/2014 | 1223599 |

| Case Number |
|---|
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. |

| Ship To | Bill To | Reference Info |
|---|---|---|
| U.S. Legal Support-Philadelphia<br>1818 Market Street<br>Suite 240<br>Philadelphia, PA 19103 | Joan Wizel, Esquire<br>Lydecker Diaz, L.L.C.<br>1221 Brickell Avenue<br>19th Floor<br>Miami, FL 33131 | Client Matter Number: 33680 |

Items Covered: ORIGINAL TRANSCRIPT OF: Videotaped Deposition: Ryan Dosen

| Description | Units | Mode | Unit Price | Charges |
|---|---|---|---|---|
| Original | 264.00 | Pages | 5.95 | 1,511.30 |
| Attendance - First Hour | 1.00 | Hours | 65.00 | 65.00 |
| Additional Hour(s) | 5.00 | | 65.00 | 325.00 |
| Medical/Technical Surcharge | 229.00 | Pages | 1.00 | 229.00 |
| Processing/Archival/Electronic Delivery | 1.00 | | 45.00 | 45.00 |
| Exhibits - Black & White - Electronic Delivery | 591.00 | | 0.50 | 295.50 |

AM & PM / 9:00-4:00
Location:  Philadelphia, PA

| | |
|---|---|
| TOTAL DUE >>> | $2,490.80 |
| (-) Payments/Credits: | $0.00 |
| (+) Late Fees/Fin Chgs: | $0.00 |
| (=) New Balance: | $2,490.80 |

Tax ID: 76-0523236

*Online bill pay available at www.uslegalsupport.com*

Phone: 305-416-3180   Fax: 305-416-3190

Please contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

Remit To:
U.S. Legal Support, Inc.
P.O. Box 864407
Orlando, FL 32886-4407

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404   Fax:305-358-3711

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1101052 | 4/28/2014 | 1124651 |

| Job Date | Case No. | |
|---|---|---|
| 3/27/2014 | 1223599 | |

| Case Name | | |
|---|---|---|
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Steven Katzman, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA 92673

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Videotaped Deposition: Ryan Dosen | 254.00 | Pages | @ | 3.50 | 889.00 |
| E-cd Litigation Package | | | | 39.00 | 39.00 |
| Condensed Transcript | | | | 19.50 | 19.50 |
| Processing/Archival/Delivery | | | | 45.00 | 45.00 |
| Videotaped Deposition: Ryan Dosen | | | | | |
| Exhibit | 591.00 | Pages | @ | 0.60 | 354.60 |

Reference No.   : 219909

Location:  Philadelphia, PA

TOTAL DUE >>>                  $1,347.10
AFTER 6/12/2014 PAY            $1,481.81

(-) Payments/Credits:                 0.00
(+) Finance Charges/Debits:           0.00
(=) New Balance:                  1,347.10

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 949-226-6776   Fax:949-369-3701

*Please detach bottom portion and return with payment.*

Steven Katzman, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA 92673

Job No.     : 1124651        BU ID      :61-OUTTOWN
Case No.    : 1223599
Case Name : Federal Deposit Insurance Corporation vs.
              Attorney's Title Insurance Fund, Inc.

Invoice No. : 1101052        Invoice Date :4/28/2014
Total Due  : $ 1,347.10

Remit To: U.S. Legal Support, Inc.
          P.O. Box 864407
          Orlando FL  32886-4407

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

33680

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-3711

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1100179 | 4/24/2014 | 1124652 |
| Job Date | Case No. | |
| 3/27/2014 | 1223599 | |
| Case Name | | |
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL  33131

Ryan Dosen

| | | | | | |
|---|---|---|---|---|---|
| 1.Videography Services | | | | 125.00 | 125.00 |
| Videography Services – Additional Hour(s) | 5.50 | Hours | @ | 125.00 | 687.50 |
| Media Archival | 3.00 | Tapes | @ | 20.00 | 60.00 |
| Video Format Conversion | 4.00 | Hours | @ | 35.00 | 140.00 |
| Processing/Delivery - Video Media | | | | 25.00 | 25.00 |
| | | | TOTAL DUE >>> | | $1,037.50 |

Reference No.   : 33680
Reference No.   : 219910

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,037.50 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238

Phone: 305-416-3180   Fax:305-416-3190

*Please detach bottom portion and return with payment.*

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL  33131

| | | | | |
|---|---|---|---|---|
| Job No. | : 1124652 | BU ID | :61-OUTTOWN | |
| Case No. | : 1223599 | | | |
| Case Name | : Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | | |
| Invoice No. | : 1100179 | Invoice Date | :4/24/2014 | |
| Total Due | : $1,037.50 | | | |

PAYMENT WITH CREDIT CARD     AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **U.S. Legal Support, Inc.**
P.O. Box 864407
Orlando FL  32886-4407

*33680*

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1099925 | 4/24/2014 | 1117146 |
| Job Date | Case No. | |
| 4/3/2014 | 1223599 | |
| Case Name | | |
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL  33131

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Aubrey Rudd | 176.00 Pages | @ | 4.35 | 765.60 |
| Attendance - First Hour | | | 85.00 | 85.00 |
| Additional Hour(s) | 5.50 | @ | 65.00 | 357.50 |
| Processing/Archival/Delivery | | | 45.00 | 45.00 |
| Aubrey Rudd | | | | |
| Exhibit | 362.00 Pages | @ | 0.60 | 217.20 |
| | TOTAL DUE >>> | | | $1,470.30 |

Reference No.   :  33680

Original exhibits shipped via UPS.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,470.30 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238

Phone: 305-416-3180   Fax:305-416-3190

*Please detach bottom portion and return with payment.*

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL 33131

| | | |
|---|---|---|
| Job No. | : 1117146 | BU ID    : SL-MIAMI |
| Case No. | : 1223599 | |
| Case Name | : Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | |
| Invoice No. | : 1099925 | Invoice Date    : 4/24/2014 |
| Total Due | : $1,470.30 | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   U.S. Legal Support, Inc.
P.O. Box 864407
Orlando FL  32886-4407

33680 .

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1095317 | 4/9/2014 | 1117147 |
| Job Date | Case No. | |
| 4/3/2014 | 1223599 | |
| Case Name | | |
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL  33131

Videotaped Deposition Of:
 Aubrey Rudd, Esq.

| | | | | | |
|---|---|---|---|---|---|
| 1.Videography Services | | | | 225.00 | 225.00 |
| Videography Services - Additional Hour(s) | 5.00 | Hours | @ | 95.00 | 475.00 |
| Media Archival | 2.00 | Tapes | @ | 20.00 | 40.00 |
| Video Format Conversion | 3.50 | Hours | @ | 35.00 | 122.50 |
| Processing/Delivery - Video Media | | | | 25.00 | 25.00 |

TOTAL DUE >>>        $887.50

Reference No.   :  33680

(-) Payments/Credits:        0.00
(+) Finance Charges/Debits:        0.00
(=) New Balance:        887.50

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238

Phone: 305-416-3180   Fax:305-416-3190

*Please detach bottom portion and return with payment.*

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL 33131

| | | | |
|---|---|---|---|
| Job No. | : 1117147 | BU ID | : S1-MIAMI |
| Case No. | : 1223599 | | |
| Case Name | : Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Invoice No. | : 1095317 | Invoice Date | : 4/9/2014 |
| Total Due | : $887.50 | | |

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:         Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   U.S. Legal Support, Inc.
            P.O. Box 864407
            Orlando FL  32886-4407

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1102348 | 5/1/2014 | 1117499 |
| **Job Date** | **Case No.** | |
| 4/4/2014 | 1223599 | |
| **Case Name** | | |
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Steven Katzman, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA 92673

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Anett Lopez | | | | |
| Attendance -- First Hour | 188.00 Pages | @ | 4.45 | 836.60 |
| Attendance -- First Hour | | | 95.00 | 95.00 |
| Additional Hour(s) | 3.00 | @ | 65.00 | 195.00 |
| E-cd Litigation Package | | | 39.00 | 39.00 |
| Condensed Transcript | | | 19.50 | 19.50 |
| Processing/Archival/Delivery | | | 45.00 | 45.00 |
| Anett Lopez | | | | |
| Exhibit | 142.00 Pages | @ | 0.60 | 85.20 |

|  |  |
|---|---|
| TOTAL DUE >>> | $1,315.30 |
| AFTER 6/15/2014 PAY | $1,446.83 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,315.30 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238

Phone: 949-226-6776   Fax:949-369-3701

*Please detach bottom portion and return with payment.*

Steven Katzman, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA 92673

| | | | |
|---|---|---|---|
| Job No. | : 1117499 | BU ID | :51-MIAMI |
| Case No. | : 1223599 | | |
| Case Name | : Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Invoice No. | : 1102348 | Invoice Date | :5/1/2014 |
| **Total Due** | **: $ 1,315.30** | | |

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando FL 32886-4407**

**PAYMENT WITH CREDIT CARD**   AMEX  [  ]  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

63680

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1100159 | 4/24/2014 | 1117500 |
| Job Date | Case No. | |
| 4/4/2014 | 1223599 | |
| Case Name | | |
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL 33131

Videotaped Deposition Of:

Anett Lopez

| | | | | |
|---|---|---|---|---|
| 1.Videography Services | | | 225.00 | 225.00 |
| Videography Services - Additional Hour(s) | 3.00 Hours | @ | 95.00 | 285.00 |
| Media Archival | 2.00 Tapes | @ | 20.00 | 40.00 |
| Video Format Conversion | 3.50 Hours | @ | 35.00 | 122.50 |
| Processing/Delivery - Video Media | | | 25.00 | 25.00 |

TOTAL DUE >>>        $697.50

Reference No.   :   33680

(-) Payments/Credits:              0.00
(+) Finance Charges/Debits:        0.00
(=) New Balance:                 697.50

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238                                    Phone: 305-416-3180   Fax:305-416-3190

*Please detach bottom portion and return with payment.*

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL 33131

Job No.      : 1117500          BU ID     : 51-MIAMI
Case No.     : 1223599
Case Name    : Federal Deposit Insurance Corporation vs.
               Attorney's Title Insurance Fund, Inc.

Invoice No.  : 1100159          Invoice Date  : 4/24/2014
Total Due    : $697.50

### PAYMENT WITH CREDIT CARD

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   U.S. Legal Support, Inc.
            P.O. Box 864407
            Orlando FL  32886-4407

33080

# INVOICE

U.S. Legal Support, Inc.
20 North Orange Avenue
Suite 1209
Orlando FL 32801
Phone:407-649-9193 Fax:407-245-7099

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1104194 | 5/8/2014 | 1133737 |
| Job Date | Case No. | |
| 4/17/2014 | 1223599 | |
| Case Name | | |
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Joan Wizel, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami FL 33131

| ORIGINAL TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| William Conner | 154.00 | Pages | @ | 4.00 | 616.00 |
| Processing/Archival/Electronic Delivery | | | | 45.00 | 45.00 |
| William Conner-E | | | | | |
| Exhibit | 229.00 | Pages | @ | 0.60 | 137.40 |
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Mary Middleton | 70.00 | Pages | @ | 4.00 | 280.00 |
| Attendance - First Hour | | | | 75.00 | 75.00 |
| Additional Hour(s) | 5.00 | | @ | 52.50 | 262.50 |
| Processing/Archival/Electronic Delivery | | | | 45.00 | 45.00 |
| Mary Middleton-E | | | | | |
| Exhibit | 35.00 | Pages | @ | 0.60 | 21.00 |
| | | | TOTAL DUE >>> | | $1,481.90 |

Reference No. : 33680

(-) Payments/Credits: 0.00
(+) Finance Charges/Debits: 0.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238

Phone: 305-416-3180  Fax:305-416-3190

*Please detach bottom portion and return with payment.*

Joan Wizel, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami FL 33131

Job No.    : 1133737       BU ID    :55-ORLAN
Case No.   : 1223599
Case Name  : Federal Deposit Insurance Corporation vs.
             Attorney's Title Insurance Fund, Inc.

Invoice No. : 1104194      Invoice Date  :5/8/2014
Total Due   : $1,481.90

Remit To:  U.S. Legal Support, Inc.
           P.O. Box 864407
           Orlando FL  32886-4407

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

33680

# U.S. LEGAL SUPPORT

**INVOICE**

U.S. Legal Support, Inc.
20 North Orange Avenue
Suite 1209
Orlando, FL 32801
Phone: 407-649-9193  Fax: 407-246-7099

Joan Wizel, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami, FL 33131

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1101713 | 04/30/2014 | Due upon receipt |

| Job No. | Job Date | Case No. |
|---|---|---|
| 1133736 | 04/17/2014 | 1223669 |

| Case Name |
|---|
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. |

| Job Location | Ordered By | Reference No. |
|---|---|---|
| Lydecker Diaz, L.L.C.<br>390 North Orange Avenue<br>Suite 1295<br>Orlando, FL 32801 | Joan Wizel, Esquire<br>Lydecker Diaz, L.L.C.<br>1221 Brickell Avenue<br>19th Floor<br>Miami, FL 33131 | Client Matter Number: 33660 |

Items Covered: Videotaped Deposition Of: William T. Conner, Mary Middleton

| Description | Units | Type | Rate | Charge |
|---|---|---|---|---|
| 1.Videography Services | 1.00 | Hours | 225.00 | 225.00 |
| Videography Services - Additional Hour(s) | 4.50 | Hours | 95.00 | 427.50 |
| Media Archival | 3.00 | Tapes | 20.00 | 60.00 |
| Video Format Conversion | 4.50 | Hours | 35.00 | 157.50 |
| Processing/Delivery - Video Media | 1.00 | | 25.00 | 25.00 |

| | TOTAL DUE >>> | $895.00 |
|---|---|---|

| (-) Payments/Credits: | $0.00 |
|---|---|
| (+) Late Fees/Fin Chgs: | $0.00 |
| (=) New Balance: | $895.00 |

Tax ID: 76-0523238

Phone: 305-416-3180    Fax: 305-416-3190

*Online bill pay available at www.uslegalsupport.com*

Please contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

Remit To:
U.S. Legal Support, Inc.
P.O. Box 864407
Orlando, FL 32886-4407

# INVOICE

U.S. Legal Support, Inc.
20 North Orange Avenue
Suite 1209
Orlando FL 32801
Phone:407-649-9193  Fax:407-245-7099

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1097653 | 4/15/2014 | 1128097 |

| Job Date | Case No. | |
|---|---|---|
| 4/8/2014 | 1223599CIVSEITZ/SIMONTON | |

| Case Name | | |
|---|---|---|
| Federal Deposit Insurance Corporation vs. Attorneys' Title Fund Services, L.L.C. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL 33131

Deposition Of:
 C/R: Attorneys' Title Fund Services, L.L.C.
  Attendance - First Hour                                    85.00        85.00

                                    TOTAL DUE >>>          $85.00

Reference No.   :  33680

                                    (−) Payments/Credits:        0.00
                                    (+) Finance Charges/Debits:   0.00
                                    (=) New Balance:             85.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238                                    Phone: 305-416-3180   Fax:305-416-3190

*Please detach bottom portion and return with payment.*

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL 33131

Job No.     : 1128097          BU ID        : 55-ORLAN
Case No.    : 1223599CIVSEITZ/SIMONTON
Case Name   : Federal Deposit Insurance Corporation vs.
              Attorneys' Title Fund Services, L.L.C.

Invoice No. : 1097653          Invoice Date : 4/15/2014
Total Due   : $85.00

Remit To:  U.S. Legal Support, Inc.
           P.O. Box 864407
           Orlando FL 32886-4407

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

33680

# INVOICE

U.S. Legal Support, Inc.
20 North Orange Avenue
Suite 1209
Orlando FL 32801
Phone:407-649-9193  Fax:407-245-7099

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1100703 | 4/26/2014 | 1128098 |
| Job Date | Case No. | |
| 4/8/2014 | 1223599CIVSEITZ/SIMONTON | |
| Case Name | | |
| Federal Deposit Insurance Corporation vs. Attorneys' Title Fund Services, L.L.C. | | |
| Payment Terms | | |
| Due upon receipt | | |

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL 33131

Videotaped Deposition Of:
    C/R: Attorneys' Title Fund Services, L.L.C
       Videography Services - Late Cancellation          225.00     225.00

Reference No.   :  17304

                      TOTAL DUE >>>      $225.00

    (-) Payments/Credits:       0.00
    (+) Finance Charges/Debits:     0.00
    (=) New Balance:       225.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238                       Phone: 305-416-3180  Fax:305-416-3190

---

*Please detach bottom portion and return with payment.*

Joan Wizel, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL 33131

| | | |
|---|---|---|
| Job No. | : 1128098 | BU ID   : SS-ORLAN |
| Case No. | : 1223599CIVSEITZ/SIMONTON | |
| Case Name | : Federal Deposit Insurance Corporation vs. Attorneys' Title Fund Services, L.L.C. | |
| Invoice No. | : 1100703 | Invoice Date : 4/26/2014 |
| Total Due | : $225.00 | |

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:         Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   U.S. Legal Support, Inc.
              P.O. Box 864407
              Orlando FL 32886-4407

# INVOICE

U.S. Legal Support, Inc.
20 North Orange Avenue
Suite 1209
Orlando FL 32801
Phone:407-649-9193  Fax:407-245-7099

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1099584 | 4/23/2014 | 1128101 |

| Job Date | Case No. | |
|---|---|---|
| 4/10/2014 | 1223599 | |

| Case Name |
|---|
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Michael Williams, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA 92673

| ORIGINAL TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Margaret Williams | 285.00 Pages | @ | 4.00 | 1,140.00 |
| Attendance - First Hour | | | 75.00 | 75.00 |
| Additional Hour(s) | 6.50 | @ | 52.50 | 341.25 |
| E-cd Litigation Package | | | 39.00 | 39.00 |
| Condensed Transcript | | | 19.50 | 19.50 |
| Processing/Archival/Delivery | | | 45.00 | 45.00 |
| Margaret Williams | | | | |
| Exhibit | 67.00 Pages | @ | 0.60 | 40.20 |

|  | |
|---|---|
| TOTAL DUE >>> | $1,699.95 |
| AFTER 6/7/2014 PAY | $1,869.95 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,699.95 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 949-226-6776   Fax:949-369-3701

*Please detach bottom portion and return with payment.*

Michael Williams, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA 92673

Job No.    : 1128101        BU ID      :55-ORLAN
Case No.   : 1223599
Case Name  : Federal Deposit Insurance Corporation vs.
             Attorney's Title Insurance Fund, Inc.

Invoice No. : 1099584       Invoice Date :4/23/2014
Total Due   : $ 1,699.95

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: U.S. Legal Support, Inc.
          P.O. Box 864407
          Orlando FL  32886-4407

33680


U.S. LEGAL SUPPORT

# INVOICE

U.S. Legal Support, Inc.
20 North Orange Avenue
Suite 1209
Orlando, FL 32801
Phone: 407-649-9193  Fax: 407-246-7099

| Invoice Number | Invoice Date | Payment Terms |
|---|---|---|
| 1101735 | 04/30/2014 | Due upon receipt |

| Job No. | Job Date | Reference No. |
|---|---|---|
| 1128102 | 04/10/2014 | 1223599 |

Joan Wizel, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami, FL 33131

| Case Number |
|---|
| Federal Deposit Insurance Corporation vs. Attorney's Title Insurance Fund, Inc. |

| Job Location | Ordered By | Reference Info |
|---|---|---|
| *U.S. Legal Support - Orlando<br>20 North Orange Avenue<br>Suite 1209<br>Orlando, FL 32801 | Joan Wizel, Esquire<br>Lydecker Diaz, L.L.C.<br>1221 Brickell Avenue<br>19th Floor<br>Miami, FL 33131 | Client Matter Number: 33680 |

Items Covered: Videotaped Deposition Of: Margaret Williams

| Description | Units | Type | Rate | Amount |
|---|---|---|---|---|
| 1.Videography Services | 1.00 | Hours | 225.00 | 225.00 |
| Videography Services - Additional Hour(s) | 6.50 | Hours | 95.00 | 617.50 |
| Media Archival | 3.00 | Tapes | 20.00 | 60.00 |
| Video Format Conversion | 5.50 | Hours | 35.00 | 192.50 |
| Processing/Delivery - Video Media | 1.00 | | 25.00 | 25.00 |

TOTAL DUE >>>                          TOTAL DUE >>>          $1,120.00

(-) Payments/Credits:          $0.00
(+) Late Fees/Fin Chgs:        $0.00
(=) New Balance:          $1,120.00

Tax ID: 76-0523238                          Phone: 305-416-3180     Fax: 305-416-3180

*Online bill pay available at www.uslegalsupport.com*

| Please contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment. |
|---|

Remit To:
U.S. Legal Support, Inc.
P.O. Box 864407
Orlando, FL 32886-4407

Page 1 of 1

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404 Fax:305-358-3711

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1105623 | 5/14/2014 | 1136108 |
| **Job Date** | **Case No.** | |
| 4/23/2014 | 1223599CIV | |
| **Case Name** | | |
| Federal Deposit Insurance Corporation vs. Attorneys' Title Insurance Fund, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Steven Katzman, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA 92673

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Rafael Ubieta | 93.00 Pages | @ | 4.90 | 455.70 |
| Processing/Archival/Electronic Delivery | | | 45.00 | 45.00 |
| Rafael Ubieta | | | | |
| Exhibits - Black & White - Electronic Delivery | 238.00 | @ | 0.50 | 119.00 |

TOTAL DUE >>> $619.70
AFTER 6/28/2014 PAY $681.67

Reference No. : 91397587

Location: Beaumont, TX

(-) Payments/Credits: 0.00
(+) Finance Charges/Debits: 0.00
(=) New Balance: 619.70

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                    Phone: 949-226-6776   Fax:949-369-3701

*Please detach bottom portion and return with payment.*

Steven Katzman, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA 92673

Job No. : 1136108       BU ID    : 61-OUTTOWN
Case No. : 1223599CIV
Case Name : Federal Deposit Insurance Corporation vs.
            Attorneys' Title Insurance Fund, Inc.

Invoice No. : 1105623      Invoice Date : 5/14/2014
Total Due : $ 619.70

Remit To: **U.S. Legal Support, Inc.**
          **P.O. Box 864407**
          **Orlando FL  32886-4407**

**PAYMENT WITH CREDIT CARD**          AMEX  [  ]  VISA

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

33680

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-3711

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1105625 | 5/14/2014 | 1136108 |
| Job Date | Case No. | |
| 4/23/2014 | 1223599CIV | |
| Case Name | | |
| Federal Deposit Insurance Corporation vs. Attorneys' Title Insurance Fund, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Joan Wizel, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami FL 33131

Deposition Of:
   Rafael Ubieta

| | | | | |
|---|---|---|---|---|
| Attendance - First Hour | | | 95.00 | 95.00 |
| Additional Hour(s) | 1.50 | @ | 75.00 | 112.50 |
| | TOTAL DUE >>> | | | $207.50 |

Reference No.   : 33680
Reference No.   : 91397587
AM / 9:00-11:30
Location:  Beaumont, TX

(-) Payments/Credits:          0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:             207.50

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238                                      Phone: 305-416-3180   Fax:305-416-3190

*Please detach bottom portion and return with payment.*

Joan Wizel, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami FL 33131

Job No.      : 1136108          BU ID     : 61-OUTTOWN
Case No.     : 1223599CIV
Case Name    : Federal Deposit Insurance Corporation vs.
               Attorneys' Title Insurance Fund, Inc.

Invoice No.  : 1105625          Invoice Date  : 5/14/2014
Total Due    : $207.50

Remit To:   U.S. Legal Support, Inc.
            P.O. Box 864407
            Orlando FL  32886-4407

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                Phone#: |
| Billing Address: |
| Zip:            Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1103518 | 5/7/2014 | 1136699 |

| Job Date | Case No. | |
|---|---|---|
| 4/21/2014 | 1223599CIVSEITZ/SIMONTON | |

| Case Name | | |
|---|---|---|
| Federal Deposit Insurance Corporation vs. Attorneys' Title Fund Services, L.L.C. | | |

| Payment Terms |
|---|
| Due upon receipt |

Steven Katzman, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA  92673

| ORIGINAL TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Erik Wesoloski | 125.00 Pages | @ | 4.45 | 556.25 |
| E-cd Litigation Package | | | 39.00 | 39.00 |
| Condensed Transcript | | | 19.50 | 19.50 |
| Processing/Archival/Delivery | | | 45.00 | 45.00 |
| Erik Wesoloski | | | | |
| Exhibit | 384.00 Pages | @ | 0.60 | 230.40 |

| | | |
|---|---|---|
| TOTAL DUE >>> | | $890.15 |
| AFTER 6/21/2014 PAY | | $979.17 |
| (-) Payments/Credits: | | 0.00 |
| (+) Finance Charges/Debits: | | 0.00 |
| (=) New Balance: | | 890.15 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                    Phone: 949-226-6776   Fax:949-369-3701

*Please detach bottom portion and return with payment.*

Steven Katzman, Esquire
Bienert, Miler & Katzman, P.L.C.
903 Calle Amanecer
Suite 350
San Clemente CA  92673

| | | |
|---|---|---|
| Job No. | : 1136699 | BU ID        : 51-MIAMI |
| Case No. | : 1223599CIVSEITZ/SIMONTON | |
| Case Name | : Federal Deposit Insurance Corporation vs. Attorneys' Title Fund Services, L.L.C. | |
| Invoice No. | : 1103518 | Invoice Date  : 5/7/2014 |

**Total Due** : $ 890.15

## PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#:

Billing Address:

Zip: _____ Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: U.S. Legal Support, Inc.
          P.O. Box 864407
          Orlando FL  32886-4407

990180

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1103517 | 5/7/2014 | 1136699 |
| **Job Date** | | **Case No.** |
| 4/21/2014 | 1223599CIVSEITZ/SIMONTON | |
| **Case Name** | | |
| Federal Deposit Insurance Corporation vs. Attorneys' Title Fund Services, L.L.C. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joan Wizel, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami FL 33131

Deposition Of:
   Erik Wesoloski

| | | | | |
|---|---|---|---|---|
| Attendance - First Hour | | | 95.00 | 95.00 |
| Additional Hour(s) | 2.00 | @ | 75.00 | 150.00 |
| | TOTAL DUE >>> | | | $245.00 |

Reference No.  :  33680

(-) Payments/Credits:     0.00
(+) Finance Charges/Debits:     0.00
(=) New Balance:     245.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238

Phone: 305-416-3180   Fax:305-416-3190

*Please detach bottom portion and return with payment.*

Joan Wizel, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami FL 33131

Job No.   : 1136699    BU ID   :51-MIAMI
Case No.   : 1223599CIVSEITZ/SIMONTON
Case Name   : Federal Deposit Insurance Corporation vs.
             Attorneys' Title Fund Services, L.L.C.

Invoice No.   : 1103517    Invoice Date   :5/7/2014
Total Due   : $245.00

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:         Phone#:
Billing Address:
Zip:        Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **U.S. Legal Support, Inc.**
           P.O. Box 864407
           Orlando FL  32886-4407

B 3680

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404  Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1103787 | 5/7/2014 | 1136710 |
| **Job Date** | **Case No.** | |
| 4/21/2014 | 1223599CIVSEITZ/SIMONTON | |
| **Case Name** | | |
| Federal Deposit Insurance Corporation vs. Attorneys' Title Fund Services, L.L.C. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joan Wizel, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami FL 33131

Videotaped Deposition Of:

Erik Wesoloski, PWMK: Wesoloski Carlson, P.A.

| | | | | |
|---|---|---|---|---|
| 1.Videography Services | | | 225.00 | 225.00 |
| Videography Services - Additional Hour(s) | 1.50 Hours | @ | 95.00 | 142.50 |
| Media Archival | 2.00 Tapes | @ | 20.00 | 40.00 |
| | TOTAL DUE >>> | | | $407.50 |

Reference No.   : 33680
Reference No.   : 294

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 407.50 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238                                      Phone: 305-416-3180   Fax:305-416-3190

*Please detach bottom portion and return with payment.*

Joan Wizel, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami FL 33131

| | | | |
|---|---|---|---|
| Job No. | : 1136710 | BU ID | : S1-MIAMI |
| Case No. | : 1223599CIVSEITZ/SIMONTON | | |
| Case Name | : Federal Deposit Insurance Corporation vs. Attorneys' Title Fund Services, L.L.C. | | |
| Invoice No. | : 1103787 | Invoice Date | : 5/7/2014 |
| Total Due | : $407.50 | | |

Remit To:   U.S. Legal Support, Inc.
            P.O. Box 864407
            Orlando FL  32886-4407

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

## Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| Bill To: | Michael R. Williams Esq | | |
|---|---|---|---|
| | Bienert Miller & Katzman | **Invoice #:** | FLA2040145 |
| | 903 Calle Amanecer | **Invoice Date:** | 5/20/2014 |
| | Suite 350 | **Balance Due:** | $1,188.92 |
| | San Clemente, CA, 92673-6253 | | |

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual Bank v. Attorneys' Title Insurance Fund, Inc. |
| **Job #:** | 1856551 \| Job Date: 5/9/2014 \| Delivery: Expedited |
| **Billing Atty:** | Michael R. Williams Esq |
| **Location:** | Bienert, Miller |
| | 903 Calle Amanecer \| Suite 350 \| San Clemente, CA 92673 |
| **Sched Atty:** | Cynthia Morales \| Cohen Ruiz |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 207.00 | $4.62 | $956.34 |
| | Certified Transcript - Expedited | | 1.00 | $0.00 | $0.00 |
| Matthew Chavez | Exhibits | Per Page | 161.00 | $0.85 | $136.85 |
| | CD Depo Litigation Package | Per CD | 1.00 | $43.50 | $43.50 |
| | Shipping & Handling - Expedited | Package | 1.00 | $52.23 | $52.23 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,188.92 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,188.92 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to
www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

39315

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | FLA2040145 |
| **Job #:** | 1856551 |
| **Invoice Date:** | 5/20/2014 |
| **Balance:** | $1,188.92 |

## Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Michael R. Williams Esq<br>Bienert Miller & Katzman<br>903 Calle Amanecer<br>Suite 350<br>San Clemente, CA, 92673-6253 | **Invoice #:** CA2048851<br>**Invoice Date:** 5/31/2014<br>**Balance Due:** $3,275.70 |

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual Bank v. Attorneys'<br>Title Insurance Fund |
| **Job #:** | 1865557 \| Job Date: 5/20/2014 \| Delivery: Expedited |
| **Billing Atty:** | Michael R. Williams Esq |
| **Location:** | Veritext - Miami |
| | One Biscayne Tower \| 2 S. Biscayne Blvd - Suite 2250 \| Miami,<br>FL 33130 |
| **Sched Atty:** | Michael R. Williams Esq \| Bienert Miller & Katzman |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Cristian M. Vlad | Original with 1 Certified Transcript | Page | 346.00 | $2,750.70 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 |
| | Attendance Fee - Additional Hours | Hour | 6.00 | $300.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $45.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling - Expedited | Package | 1.00 | $35.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $3,275.70 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $3,275.70 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA2048851 |
| **Job #:** | 1865557 |
| **Invoice Date:** | 5/31/2014 |
| **Balance:** | $3,275.70 |

39316

## Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| **Bill To:** | Michael R. Williams Esq<br>Bienert Miller & Katzman<br>903 Calle Amanecer<br>Suite 350<br>San Clemente, CA, 92673-6253 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CA2051286<br>6/4/2014<br>$1,745.00 |

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual Bank v. Attorneys' Title Insurance Fund |
| **Job #:** | 1865557 \| Job Date: 5/20/2014 \| Delivery: Normal |
| **Billing Atty:** | Michael R. Williams Esq |
| **Location:** | Veritext - Miami |
| | One Biscayne Tower \| 2 S. Biscayne Blvd - Suite 2250 \| Miami, FL 33130 |
| **Sched Atty:** | Michael R. Williams Esq \| Bienert Miller & Katzman |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Services | | 9.50 | $1,662.50 |
| Cristian M. Vlad | Video - Extended Hours Surcharge | Hour | 0.50 | $47.50 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,745.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,745.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA2051286 |
| **Job #:** | 1865557 |
| **Invoice Date:** | 6/4/2014 |
| **Balance:** | $1,745.00 |

39316

33758

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404   Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1091023 | 3/26/2014 | 1126624 |
| Job Date | Case No. | |
| 3/20/2014 | 1281172CIVZLOCH | |
| Case Name | | |
| Federal Deposit Insurance Corporation vs. Old Republic National Title Insurance | | |
| Payment Terms | | |
| Due upon receipt | | |

Onier Llopiz, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL  33131

Videotaped Deposition Of:
   Cristian Vlad

| | | | | |
|---|---|---|---|---|
| 1.Videography Services | | | 225.00 | 225.00 |
| Videography Services - Additional Hour(s) | 6.00  Hours | @ | 95.00 | 570.00 |
| Media Archival | 2.00  Tapes | @ | 20.00 | 40.00 |

TOTAL DUE >>>                    $835.00

Reference No.   : 33758

(-) Payments/Credits:           0.00
(+) Finance Charges/Debits:     0.00
(=) New Balance:                835.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238                                   Phone: 305-416-3180   Fax:305-416-3190

*Please detach bottom portion and return with payment.*

Onier Llopiz, Esquire
Lydecker | Diaz
1221 Brickell Avenue
19th Floor
Miami FL  33131

| | | |
|---|---|---|
| Job No. | : 1126624 | BU ID    :51-MIAMI |
| Case No. | : 1281172CIVZLOCH | |
| Case Name | : Federal Deposit Insurance Corporation vs. Old Republic National Title Insurance | |
| Invoice No. | : 1091023 | Invoice Date   :3/26/2014 |
| Total Due | : $835.00 | |

Remit To:   U.S. Legal Support, Inc.
            P.O. Box 864407
            Orlando FL  32886-4407

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:


# US LEGAL SUPPORT

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami, FL 33131
Phone: 305-373-8404  Fax: 305-358-1427

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 1003693 | 04/02/2014 | Due upon receipt |

| Job No. | Job Date | Case No. |
|---|---|---|
| 1124537 | 03/20/2014 | 1281172CIVZLOOH |

| Case Name |
|---|
| Federal Deposit Insurance Corporation vs. Old Republic National Title Insurance |

Orler Llopiz, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami, FL 33131

| Ship To / Bill To | Ordered By | Reference Info |
|---|---|---|
| *U.S. Legal Support - Miami
One Southeast Third Avenue
Suite 1250
Miami, FL 33131 | Orler Llopiz, Esquire
Lydecker Diaz, L.L.C.
1221 Brickell Avenue
19th Floor
Miami, FL 33131 | Client Matter Number: 33756 |

Items Covered: Deposition Of: Cristian Vlad

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Attendance - First Hour | 1.00 | Hours | 95.00 | 95.00 |
| Additional Hour(s) | 6.00 | | 75.00 | 450.00 |

| | | | | |
|---|---|---|---|---|
| TOTAL DUE >>> | | | | $545.00 |

| (-) Payments/Credits: | $0.00 |
|---|---|
| (+) Late Fees/Fin Chgs: | $0.00 |
| (=) New Balance: | $545.00 |

Tax ID: 76-0623238

Phone: 305-416-3180    Fax: 305-416-3190

*Online bill pay available at www.uslegalsupport.com*

Please contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

Remit To:
U.S. Legal Support, Inc.
P.O. Box 864407
Orlando, FL 32886-4407

# Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



**Bill To:** Steven Jay Katzman Esq
Bienert Miller & Katzman
903 Calle Amanecer
Suite 350
San Clemente, CA, 92673-6253

| | |
|---|---|
| **Invoice #:** | FLA2045713 |
| **Invoice Date:** | 5/28/2014 |
| **Balance Due:** | $1,492.61 |

| | |
|---|---|
| **Case:** | FDIC v. Attorneys' Title Insurance Fund, Inc. |
| **Job #:** | 1865417 | Job Date: 5/21/2014 | Delivery: Expedited |
| **Billing Atty:** | Steven Jay Katzman Esq |
| **Location:** | Cohen Ruiz - 201 S Biscayne Blvd |
| | 201 S Biscayne Blvd | Suite 850 | Miami, FL 33131-4326 |
| **Sched Atty:** | Cynthia Morales | Cohen Ruiz |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Robert M. Cunnane | Certified Transcript | Page | 297.00 | $4.62 | $1,372.14 |
| | CD Depo Litigation Package | Per CD | 1.00 | $43.50 | $43.50 |
| | Shipping & Handling - Expedited | Package | 1.00 | $76.97 | $76.97 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,492.61 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,492.61 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | FLA2045713 |
| **Job #:** | 1865417 |
| **Invoice Date:** | 5/28/2014 |
| **Balance:** | $1,492.61 |

39315

# Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



**Bill To:** Anne A. Uyeda
Bienert Miller & Katzman
903 Calle Amanecer
Suite 350
San Clemente, CA, 92673-6253

| | |
|---|---|
| **Invoice #:** | FLA2084757 |
| **Invoice Date:** | 7/18/2014 |
| **Balance Due:** | $1,415.68 |

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual Bank v. Attorneys' Title Insurance Fund, Inc. |
| **Job #:** | 1882726 \| Job Date: 7/1/2014 \| Delivery: Normal |
| **Billing Atty:** | Anne A. Uyeda |
| **Location:** | Veritext Irvine |
| | 20 Corporate Park \| Suite 350 \| Irvine, CA 92673 |
| **Sched Atty:** | Mario M. Ruiz \| Cohen Ruiz |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 145.00 | $3.30 | $478.50 |
| | Exhibits | Per Page | 175.00 | $0.85 | $148.75 |
| Robert M. Cunnane | Realtime Services | Page | 145.00 | $2.25 | $326.25 |
| | Rough Draft | Page | 145.00 | $2.00 | $290.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $43.50 | $43.50 |
| | Shipping & Handling | Package | 1.00 | $86.85 | $86.85 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,373.85 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $41.83 |
| | **Balance Due:** | $1,415.68 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

## THIS INVOICE IS 81 DAYS PAST DUE, PLEASE REMIT - THANK YOU

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | FLA2084757 |
| **Job #:** | 1882726 |
| **Invoice Date:** | 7/18/2014 |
| **Balance:** | $1,415.68 |

39315

# Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



<table>
<tr><td><strong>Bill To:</strong> Steven Jay Katzman Esq<br>Bienert Miller & Katzman<br>903 Calle Amanecer<br>Suite 350<br>San Clemente, CA, 92673-6253</td><td><strong>Invoice #:</strong> FLA2053144<br><strong>Invoice Date:</strong> 6/5/2014<br><strong>Balance Due:</strong> $1,563.63</td></tr>
</table>

| | |
|---|---|
| **Case:** | FDIC v. Attorneys' Title Insurance Fund, Inc. |
| **Job #:** | 1865413 \| Job Date: 5/23/2014 \| Delivery: Normal |
| **Billing Atty:** | Steven Jay Katzman Esq |
| **Location:** | Cohen Ruiz - 201 S Biscayne Blvd |
| | 201 S Biscayne Blvd \| Suite 850 \| Miami, FL 33131-4326 |
| **Sched Atty:** | Cynthia Morales \| Cohen Ruiz |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 255.00 | $3.30 | $841.50 |
| | Exhibits | Per Page | 144.00 | $0.85 | $122.40 |
| Richard Harris | Rough Draft | Page | 255.00 | $2.00 | $510.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $43.50 | $43.50 |
| | Shipping & Handling | Package | 1.00 | $46.23 | $46.23 |

**Notes:** Emailed 1865413-1.PDF  To skatzman@bmkattorneys.com

| | |
|---|---|
| **Invoice Total:** | $1,563.63 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,563.63 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| Invoice #: | **FLA2053144** |
| Job #: | **1865413** |
| Invoice Date: | 6/5/2014 |
| Balance: | **$1,563.63** |

39315

# Veritext Florida Reporting Co.



2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569

| Bill To: | Michael R. Williams Esq | | |
|---|---|---|---|
| | Bienert Miller & Katzman | **Invoice #:** | FLA2068568 |
| | 903 Calle Amanecer | **Invoice Date:** | 6/26/2014 |
| | Suite 350 | **Balance Due:** | $0.00 |
| | San Clemente, CA, 92673-6253 | | |

| | |
|---|---|
| **Case:** | FDIC, As Receiver For Washington Mutual v. Attorneys' Title Insurance Fund, Inc. |
| **Job #:** | 1874625 \| Job Date: 6/10/2014 \| Delivery: Normal |
| **Billing Atty:** | Michael R. Williams Esq |
| **Location:** | Cohen Ruiz - 201 S Biscayne Blvd |
| | 201 S Biscayne Blvd \| Suite 850 \| Miami, FL 33131-4326 |
| **Sched Atty:** | Mario M. Ruiz \| Cohen Ruiz |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 149.00 | $3.30 | $491.70 |
| William Smith | Exhibits | Per Page | 78.00 | $0.85 | $66.30 |
| | CD Depo Litigation Package | Per CD | 1.00 | $43.50 | $43.50 |
| | Shipping & Handling | Package | 1.00 | $70.97 | $70.97 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $672.47 |
| | **Payment:** | ($672.47) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | FLA2068568 |
| **Job #:** | 1874625 |
| **Invoice Date:** | 6/26/2014 |
| **Balance:** | $0.00 |

39315