EXHIBIT 4



**MAILING ADDRESS:**
P.O. Box 331067
Miami, FL 33233-1067

INVOICE # 1030426
INVOICE

# BLACK'S PHOTOCOPY SERVICE

19 W. FLAGLER STREET • LOBBY SUITE • MIAMI, FL 33130
PHONE: (305) 374-7826 • FAX: (305) 372-8663

Fed. I.D. #65-0285170

CUST: BIENERT, MILLER & KATZEN, PLC
903 CALLE AMANECER
SUITE 350
SAN CLEMENTE, CA 92673

DATE: 3/19/2014
CONTACT: CHRISTI
P.O.#:
ORDER #: 1030426
TELEPHONE: 949-369-3700

JOB TITLE: FDIC/ATIF

| ITEM CODE | QTY | DESCRIPTION | UNITS | PRICE | TOTAL |
|---|---|---|---|---|---|
| 043 | 5,740 | COPIES @ .10 (1 SET, 3 HOLE PAPER) | | 0.10 | 574.00 |
| 1046 | 1 | 3 - RING BINDER 0.5" | | 5.00 | 5.00 |
| 1049 | 1 | 3 - RING BINDER 4" | | 15.00 | 15.00 |
| 1048 | 7 | 3 - RING BINDER 5" | | 20.00 | 140.00 |

DELIVERED JOB TO:
LYDECKER DIAZ
MIKE WILLAIMS C/O BIENERT, MILLER & KATZEN
1221 BRICKELL AVE
19TH FLOOR

**TERMS-NET 30 DAYS** Past due accounts are subject to a service charge of 1½% per month plus reasonable attorney's fee and court costs if necessary for collection.

Received by: _____ Date: _____

TERMS:

| | |
|---|---|
| SUBTOTAL: | $734.00 |
| TAX: | $51.38 |
| SUBTOTAL: | $734.00 |
| FREIGHT: | |
| TOTAL: | $785.38 |
| AMOUNT DUE: | $785.38 |

Thank you for your business.

PLEASURE TO SERVE YOU



**MAILING ADDRESS:**
P.O. Box 331067
Miami, FL 33233-1067
INVOICE # 1030452
INVOICE

# BLACK'S PHOTOCOPY SERVICE

19 W. FLAGLER STREET • LOBBY SUITE • MIAMI, FL 33130
PHONE: (305) 374-7826 • FAX: (305) 372-8553

Fed. I.D. #65-0285170

CUST: BIENERT, MILLER & KATZEN, PLC
903 CALLE AMANECER
SUITE 350
SAN CLEMENTE, CA 92673

DATE: 3/21/2014
CONTACT: CHRISTI
P.O.#:
ORDER #: 1030452
TELEPHONE: 949-369-3700

JOB TITLE: FDIC/ATIF

| ITEM CODE | QTY | DESCRIPTION | UNITS | PRICE | TOTAL |
|---|---|---|---|---|---|
| 043 | 2,779 | COPIES @ .10 | | 0.10 | 277.90 |
| 1046 | 2 | 3 - RING BINDER .5" | | 5.00 | 10.00 |
| 1049 | 3 | 3 - RING BINDER 4" | | 15.00 | 45.00 |
| 1048 | 2 | 3 - RING BINDER 5" | | 20.00 | 40.00 |
| | | DELIVERED JOB TO: | | | |
| | | LYDECKER DIAZ | | | |
| | | MIKE WILLIAMS C/O | | | |
| | | BIENERT, MILLER & KATZEN | | | |
| | | 1221 BRICKELL AVE | | | |
| | | 19TH FLOOR | | | |

**TERMS-NET 30 DAYS** Past due accounts are subject to a service charge of 1½% per month plus reasonable attorney's fee and court costs if necessary for collection.

Received by: _____ Date: _____

TERMS:

SUBTOTAL: $372.90
TAX: $26.10
SUBTOTAL: $372.90
FREIGHT:
TOTAL: $399.00
AMOUNT DUE: $399.00

Thank you for your business.

PLEASURE TO SERVE YOU

Reliable Philadelphia
1801 Market Street
Suite 660
Philadelphia, PA  19103-1628
Phone # 215-563-3363
Fax # 215-563-8839
customerservice@reliable-co.com
Fed Id # 23-2473700



E-Discovery & Litigation Support | Managed Services & Consulting | Business Document Services

# INVOICE

Date 03/26/14
Number PH145434
Page 1

Sold To:
Walk-In

Ship To:
Walk-In

Customer ID      ENC0381
Our Order No.    PH145434
Terms            Cash on Delivery
Due Date         03/26/14
Salesperson      House

Client No./PO No FDIC V ATIF
P.O. Date        03/26/14
Ordered By       Christi McGowan
Ship Via         Hand Delivery

| Product Code / Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00038 Dig Print BW Lrge Office Doc | | 1,470 | 2 | 2,940 | 2,940 | PAGE | 0.07 | 205.80 |
| R00085 Printed Labels | | 320 | 1 | 320 | 320 | LABEL | 0.10 | 32.00 |
| I01119 File Folder, 1/3 Tab, Letter, | | 320 | 320 | | 320 | EA | 0.10 | 32.00 |

Subtotal: 269.80
Sales Tax: 21.58
Total: 291.38
Paid at POS: 0.00
Payments/Credits Applied: 0.00
Total Due: 291.38

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.

P~~ ~~S:
~~.67~~
Mi~ ~~33-1067~~

**INVOICE**

Invoice # 3017366



# BLACK'S COPY SERVICES

4699 PONCE DE LEON BLVD. · CORAL GABLES, FL 33146
PHONE: (305) 663-7005 · FAX: (305) 663-7006

Fed. I.D. #59-2601035

CUST: BIENERT, MILLER & KATZMEN, PLC
903 CALLE AMANECER
SUITE 350
SAN CLEMENTE, CA 92673

DATE: 3/31/2014
CONTACT:
P.O.#: CHRISTI
ORDER #: Via
TELEPHONE: 949-369-3700

JOB TITLE: FDIC/ATIF

| ITEM-CODE | QTY | DESCRIPTION | UNITS | PRICE | TOTAL |
|---|---|---|---|---|---|
| 043 | 2,529 | COPIES @ .10 | | 0.10 | 252.90T |
| TABS | 165 | MANILA FOLDERS AND TABS | | 1.25 | 206.25T |
| | | DELIVER JOB TO:<br>US LEGAL<br>1 SE 3RD AVE<br>SUITE 1250<br>MIAMI, FL | | | |

**TERMS-NET 30 DAYS** Past due accounts are subject to a service charge of 1½% per month plus reasonable attorney's fee and court costs if necessary for collection.

Received by: _____ Date: _____

TERMS: [ ]

| | |
|---|---|
| SUBTOTAL: | $459.15 |
| TAX: | $32.14 |
| SUBTOTAL: | $459.15 |
| FREIGHT: | |
| TOTAL: | $491.29 |
| AMOUNT DUE: | $491.29 |

Thank you for your business.

**PAYMENT ADDRESS:**
P.O. Box 331067
Miami, FL 33283-1067 1030512
**INVOICE**



# BLACK'S COPY SERVICES

4699 PONCE DE LEON BLVD. · CORAL GABLES, FL 33146
PHONE: (305) 663-7005 · FAX: (305) 663-7006

Fed. I.D. #59-2801035

CUST: BIENERT, MILLER & KATZEN, PLC
903 CALLE AMANECER
SUITE 350
SAN CLEMENTE, CA 92673

DATE: 4/1/2014
CONTACT: CHRIST/ERYK
P.O.#: 1030512
ORDER #:
TELEPHONE: 949-369-3700

JOB TITLE: FDIC/ATIF

| ITEM CODE | QTY | DESCRIPTION | UNITS | PRICE | TOTAL |
|---|---|---|---|---|---|
| 043 | 1,278 | COPIES @ .10 | | 0.10 | 127.80 |
| TABS | 183 | MANILA FOLDERS AND TABS | | 1.25 | 228.75 |
| | | DELIVER TO:<br>US LEGAL<br>1 SE 3RD AVE<br>SUITE 1250<br>MIAMI, FL | | | |

| | |
|---|---|
| | SUBTOTAL: $356.55 |
| **TERMS-NET 30 DAYS** Past due accounts are subject to a service charge of 1½% per month plus reasonable attorney's fee and court costs if necessary for collection. | TAX: $24.96 |
| | SUBTOTAL: $356.55 |
| Received by: _____ Date: _____ | FREIGHT: |
| | TOTAL: $381.51 |
| TERMS: | AMOUNT DUE: $381.51 |

Thank you for your business.

PAYMENT ADDRESS:
P.O. Box 331067
Miami, FL 33283-1067  1030535
INVOICE



# BLACK'S COPY SERVICES

4699 PONCE DE LEON BLVD. • CORAL GABLES, FL 33146
PHONE: (305) 663-7005 • FAX: (305) 663-7006

Fed. I.D. #59-2801035

CUST: BIENERT, MILLER & KATZEN, PLC
903 CALLE AMANECER
SUITE 350
SAN CLEMENTE, CA 92673

DATE: 4/3/2014
CONTACT: BRYK/CHRISTI
P.O.#: 
ORDER #: 1030535
TELEPHONE: 949-369-3700

JOB TITLE: ANETT LOPEZ DEPOSITION

| ITEM - CODE | QTY. | DESCRIPTION | UNITS | PRICE | TOTAL |
|---|---|---|---|---|---|
| 043 | 622 | COPIES @ .10 | | 0.10 | 62.20 |
| 001 | 76 | MANILA FOLDER WITH CUSTOM LABEL | | 1.25 | 95.00 |
| | | DELIVER TO: HAMPTON INN & SUITES MIAMI BRICKELL DOWNTOWN 50 SW 12TH ST MIAMI, FL 33130 C/O STEVE KATZMAN | | | |

**TERMS-NET 30 DAYS** Past due accounts are subject to a service charge of 1½% per month plus reasonable attorney's fee and court costs if necessary for collection.

Received by: _____ Date: _____

TERMS:

SUBTOTAL: $157.20
TAX: $11.00
SUBTOTAL: $157.20
FREIGHT: $168.20
TOTAL: 
AMOUNT DUE: $168.20

Thank you for your business.

# ORLANDO LEGAL
## DOCUMENT SERVICES

olc@orlandolegalcopies.com
407-244-5521

# Invoice

| Date | Invoice # |
|---|---|
| 4/17/2014 | 49762 |

**Bill To:**

Beinert, Miller & Katzman
903 Calle Amanecer
Suite 350
San Clemente, CA 92673

| Rep | Client Name | Terms | Client Matter |
|---|---|---|---|
|  | Eryk Escobar | COD | FDIC v. ATIF |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 33 | Custom File Folders | 1.50 | 49.50T |
| 176 | Digital Prints w/ Finishing | 0.09 | 15.84T |
|  | Sales Tax | 6.50% | 4.25 |

*Thank you for your business.*

**Total** $69.59

Federal Tax ID#
02-0542080

X_____

250 South Orange Avenue
Suite 510
Orlando, FL 32801

**MAILING ADDRESS:**
P.O. Box 331067
Miami, FL 33233-1067

**INVOICE** INVOICE # 1030806



# BLACK'S
# DUPLICATING SERVICES

SUNTRUST INT'L CENTER • 1 SE 3 AVE • MIAMI, FL 33131
PHONE: (305) 374-8288 • FAX: (305) 374-6465

Fed. I.D. #59-2298066

CUST #: BIENERT, MILLER & KATZEN, PLC
903 CALLE AMANECER
SUITE 350
SAN CLEMENTE, CA 92673

DATE: 5/19/2014
P.O.#: ERYK
CONTACT:
ORDER #: 1030806
TELEPHONE: 949-369-3700

JOB TITLE: FDIC ATIF

| ITEM CODE | QTY | DESCRIPTION | UNITS | PRICE | TOTAL |
|---|---|---|---|---|---|
| 043 | 762 | COPIES @ .10 ( 2 SETS ) | | 0.10 | 76.20 |
| 001 | 78 | MANILA FOLDER WITH CUSTOM TAB | | 1.25 | 97.50 |

DELIVER JOB TO:
MICHAEL WILLIAMS
INTERCONTINENTAL MIAMI
100 CHOPIN PLAZA

**TERMS-NET 30 DAYS** Past due accounts are subject to a service charge of 1½% per month plus reasonable attorney's fee and court costs if necessary for collection.

Received by: _____ Date: _____ Check No.: _____

TERMS:

Thank you for your business
PLEASURE TO SERVE YOU

SUBTOTAL: $173.70
TAX: $12.16
SUBTOTAL: $173.70
FREIGHT:
TOTAL: $185.86
AMOUNT DUE: $185.86

March pickoff

# BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer
San Clemente, California 92673
Telephone (949) 369-3700 · Facsimile (949) 369-3701

2014 PHOTOCOPY POSTAGE & FAX LEDGER

REDACTED

| Date | | | |
|---|---|---|---|
| 3/4/14 | FDIC/ATF | 1781 | Doc for Mediation |
| 3/4/14 | FDIC/ATF | 6064 | ATF Depo 30(b)(6) |

REDACTED

| | | | |
|---|---|---|---|
| 3/10/14 | FDIC/ATF | 3,211 | Depo Docs |
| 3/10/14 | FDIC/ATF | 2,502 | Depo Docs |

REDACTED   REDACTED

| | | | |
|---|---|---|---|
| 3/15/14 | FDIC/ATF | 772 | Depo Docs |
| 3/17/14 | FDIC/ATF | 992 | Depo Docs |
| 3/17/14 | FDIC/ATF | 7551 | Depo Docs |

REDACTED

| | | | |
|---|---|---|---|
| 3/20/14 | FDIC/ATF | 82+ | Depo Docs |
| 3/24/14 | FDIC/ATF | 791 | Expert Docs |

REDACTED

*Must Paid* *keyoun*

## BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer
San Clemente, California 92673
Telephone (949) 369-3700 · Facsimile (949) 369-3701

## 2014 – PHOTOCOPY, POSTAGE & FAX LEDGER

REDACTED

| 3/6/14 | ATF Grasso | 387 | re deposition |
| 3/7/14 | ATF Grasso | 307 | " |

REDACTED

| 1/6/14 | FDIC/ATF | .560 | Depovocs |

REDACTED

# BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer
San Clemente, California 92673
Telephone (949) 369-3700 · Facsimile (949) 369-3701

## 2014 – PHOTOCOPY, POSTAGE & FAX LEDGER

| DATE | ADDRESSEE | # PAGES | DOCUMENTS | NOTES |
|---|---|---|---|---|
| REDACTED | | | REDACTED | |
| 3/28/14 | FDK/ATF | 642 | Depo Docs | |
| REDACTED | | | | |

MAY

# BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer
San Clemente, California 92673
Telephone (949) 369-3700 · Facsimile (949) 369-3701

## 2014 – PHOTOCOPY, POSTAGE & FAX LEDGER

| DATE | CLIENT | (#) PAGES | DOCUMENTS COPIED | NOTES |
|---|---|---|---|---|
| 5/2/14 | FDIC/ATIF | 10 | Expert Subpoenas | |
| 5/12/14 | FDIC/ATIF | 70 | Docs for Chase | REDACTED |
| 5/5/14 | FDIC/ATIF | 170 | Docs for Chase | |
| 5/7/14 | FDIC/ATIF | 27 | Depo. Transcript | |
| 5/7/14 | FDIC/ATIF | 46 | Expert Report | |
| 5/7/14 | FDIC/ATIF | 18 | Subpoenas & exhibits | |
| 5/7/14 | FDIC/ATIF | 54 | Depo Transcripts | |
| 5/8/14 | FDIC/ATIF | 2247 | Matt Chavez Docs. | |
| 5/8/14 | FDIC/ATIF | 22 | Erik Wesoloski Depo. Transcript | |
| 5/12/14 | FDIC/ATIF | 1,014 | Docs for Bob Cunnane's depo | |
| 5/13/14 | FDIC/ATIF | 321 | Docs for Bob Cunnane's Depo | |
| 5/15/14 | FDIC/ATIF | 267 | Depo transcripts & exhibits | |
| 5/16/14 | ATIF | 600 | Expert Reports, Deps Karwick | |

REDACTED

REDACTED

TOTAL – 4,860 copies
(divided among Hernandez, Grosso, Valdes, Wesoloski/Siguis, Gallo, Collins-Montesino, Dosen Group, Sanchez, Martinez)
540 each

Note any copies over 10 pages
Note any postage over $5.00

June

# BIENERT, MILLER & KATZMAN, PLC

903 Calle Amanecer
San Clemente, California 92673
Telephone (949) 369-3700 · Facsimile (949) 369-3701

## 2014 – PHOTOCOPY, POSTAGE & FAX LEDGER

| DATE | CLIENT | (#) PAGES | DOCUMENTS COPIED | NOTES |
|---|---|---|---|---|
| 6/5/14 | FDIC/ATF | 469 | Bill Smith docs | Smith depo. |
| 6/5/14 | FDIC/ATF | 116 | Cases | |
| 6/5/14 | FDIC/ATF | 54 | Cases | |
| 6/4/14 | FDIC ATF | 14 | Case Docket | |
| 6/11/14 | FDIC ATF | 26 | Draft of Opposition | |
| 6/17/14 | FDIC ATF | 236 | Cases/Statutes | |
| 6/1/? | FDIC ATF | 24 | Cases/Statutes | |

TOTAL 936

**Note any copies over 10 pages**
**Note any postage over $5.00**

99